# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1348    **Short Title:** NHICS v Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; and MAKE THE ROAD NEW YORK, as the

[ ] appellant(s)    [✓] appellee(s)    [ ] amicus curiae

[✓] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Cody Wofsy
Signature

04/11/2025
Date

Cody Wofsy
Name

AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
Firm Name (if applicable)

(415) 343-0785
Telephone Number

425 California Street, Suite 700
Address

Fax Number

San Francisco, CA 94104
City, State, Zip Code

cwofsy@aclu.org
Email (required)

Court of Appeals Bar Number: 1179414

Has this case or any related case previously been on appeal?

[✓] No    [ ] Yes    Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).