No. 25-1348

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

NEW HAMPSHIRE INDONESIAN
COMMUNITY SUPPORT, et al.,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United
States, in his official capacity, et al.,

Defendants - Appellants.

On Appeal from the United States District Court for the District of New
Hampshire Civil Action No. 1:25-cv-00038-JL-TSM

## PLAINTIFFS-APPELLEES' MOTION TO SET BRIEFING ON
## THE SAME SCHEDULE AS THE *NEW JERSEY* LITIGATION

SangYeob Kim (No. 1183553)
Gilles Bissonnette (No. 123868)
Henry Klementowicz (No. 1179814)
Chelsea Eddy (No. 1213964)
AMERICAN CIVIL LIBERTIES UNION
OF NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
Tel.: (603) 224-5591

Cody Wofsy (No. 1179414)
Hannah Steinberg
Stephen Kang
Spencer Amdur
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION IMMIGRANTS' RIGHTS
PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
Tel.: (415) 343-0770

*Additional Counsel on Signature Page*

Plaintiffs-Appellees New Hampshire Indonesian Community Support ("NHICS"), League of United Latin American Citizens ("LULAC"), and Make the Road New York ("MRNY") hereby move this Court to schedule briefing in the above-captioned case on the same track as in *State of New Jersey v. Trump*, Nos. 25-1169, 25-1170 ("*New Jersey*"). Defendants oppose this Motion.

1. This suit is a challenge to Executive Order No. 14160, titled "Protecting the Meaning and Value of American Citizenship" (the "Order"). The Order purports to deny birthright citizenship to certain children born in the United States, including the children of Plaintiffs' members. *See N.H. Indonesian Cmty. Support v. Trump*, No. 25-CV-38-JL-TSM, 2025 WL 457609, at *2 (D.N.H. Feb. 11, 2025). On February 10, 2025, the district court enjoined the Order "with respect to the plaintiffs." *Id*. at *6; *see* Order (Mar. 14, 2025) (clarifying scope of injunction). Defendants filed a notice of interlocutory appeal on April 10, 2025.

2. The *New Jersey* litigation, two consolidated parallel challenges to the Order, is currently pending before this Court. *See* Ord. Court at 2, *New Jersey*, Nos. 25-1169, 25-1170 (1st Cir. Mar. 11, 2025) ("Appeal Nos. 25-1169 and 25-1170 are consolidated for purposes of briefing and oral argument."). On March 11, 2025, this Court denied a stay pending appeal in that litigation. *New Jersey v. Trump*, 131 F.4th 27 (1st Cir. 2025). The same day, it set a briefing schedule. *See*

1

Appellants' Br.'g Notice at 2, *New Jersey*, Nos. 25-1169, 25-1170 (1st Cir. Mar. 11, 2025). Appellants' brief is due April 21, 2025. *See id.* Appellees' briefs are due 30 days after the appellants' brief is served—presumptively May 21. *See* Fed. R. App. P. 31(a)(1). Appellants' reply brief is due 21 days later—presumptively, June 11. *See* Appellants' Br.'g Notice at 2.

3. Plaintiffs respectfully request that this Court set a briefing schedule in this case to match the existing schedule in the *New Jersey* litigation.

The issues in this case and in *New Jersey* are largely identical. Specifically, in both these cases, the merits questions are whether the Order violates the Fourteenth Amendment of the United States Constitution and federal statute. *See N.H. Indonesian Cmty. Support*, 2025 WL 457609, at *3-5; *New Jersey*, 131 F.4th at 33. As such, setting these cases on the same schedule for briefing will help to inform the Court's analysis and to ensure that these cases may be heard by this Court simultaneously in the interest of judicial economy. Moreover, considering this case alongside the others will be of benefit to the Court. Plaintiffs here are membership organizations representing hundreds of thousands of people nationwide. ECF No. 64 at 14, *N.H. Indonesian Cmty. Support v. Trump*, No. 25-CV-38-JL-TSM. Full consideration of their arguments and injuries will benefit the Court's assessment of the important questions presented in these cases.

Setting this case on the same briefing schedule as *New Jersey* will not prejudice Defendants. The district court entered its preliminary injunction two months ago, so Defendants have had ample time to prepare for this appeal. Moreover, the merits issues are the same as those presented in *New Jersey*, so Defendants will already be submitting a brief on those questions on April 21. And while Defendants have raised certain standing arguments related to the State plaintiffs in that litigation, *see New Jersey*, 131 F.4th at 35-40 (rejecting those arguments), no such issues are present in this case; indeed, Defendants did not even contest standing below, *see N.H. Indonesian Cmty. Support*, 2025 WL 457609, at *2. There is no reason to delay the filing of Defendants' opening brief.

Nor would Plaintiffs' requested schedule delay adjudication of this case. To the contrary, Plaintiffs seek to present their arguments and their members' circumstances to the Court on the existing briefing schedule without delaying oral argument in *New Jersey*.

Accordingly, Plaintiffs-Appellees respectfully request that the above-captioned case receive a briefing schedule on same track as in the *New Jersey* case.

4. In the alternative, should the Court deem it necessary, Plaintiffs are not opposed to an adjusted briefing schedule to provide Defendants with more time to file their opening brief, but that would result in briefing being completed on the

same schedule as in *New Jersey*. For example, Plaintiffs would not oppose the following briefing schedule:

Defendants-Appellants' brief: April 28

Plaintiffs-Appellees' brief: May 23

Defendants-Appellants' reply brief: June 11.

Dated: April 11, 2025                          Respectfully submitted,

                                              */s/ Cody Wofsy*

SangYeob Kim (No. 1183553)                    Cody Wofsy (No. 1179414)
Gilles R. Bissonnette (No. 123868)            Hannah Steinberg
Henry Klementowicz (No. 1179814)              Stephen Kang
Chelsea Eddy (No. 1213964)                    Spencer Amdur
AMERICAN CIVIL LIBERTIES UNION                AMERICAN CIVIL LIBERTIES UNION
OF NEW HAMPSHIRE                              FOUNDATION IMMIGRANTS' RIGHTS
18 Low Avenue                                 PROJECT
Concord, NH 03301                             425 California Street, Suite 700
Tel.: (603) 224-5591                          San Francisco, CA 94104
sangyeob@aclunh.org                           Tel.: (415) 343-0770
gilles@aclu-nh.org                            cwofsy@aclu.org
henry@aclu-nh.org                             hsteinberg@aclu.org
chelsea@aclu-nh.org                           skang@aclu.org
                                              samdur@aclu.org

Morenike Fajana
Ashley Burrell                                Noor Zafar
Elizabeth Caldwell                            Wafa Junaid
NAACP LEGAL DEFENSE &                         Grace Choi
EDUCATIONAL FUND, INC.                        Lee Gelernt (No. 41744)
40 Rector St., FL 5,                          Omar Jadwat (No. 1124751)
New York, NY 10006                            AMERICAN CIVIL LIBERTIES
Tel.: (212) 217-1690                          UNION FOUNDATION IMMIGRANTS'
mfajana@naacpldf.org                          RIGHTS PROJECT
aburrell@naacpldf.org                         125 Broad St., 18th Floor New

4

bcaldwell@naacpldf.org

Morgan Humphrey
Mide Odunsi
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel.: (202) 249-2193
mhumphrey@naacpldf.org
modunsi@naacpldf.org

Carol Garvan (No. 1145471)
Zachary L. Heiden (No. 99242)
AMERICAN CIVIL LIBERTIES UNION OF
MAINE FOUNDATION
P.O. Box 7860
Portland, Maine 04112
Tel.: (207) 619.8687
cgarvan@aclumaine.org
heiden@aclumaine.org

Adriana Lafaille (No. 1150582)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza
Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
alafaille@aclum.org

York, NY 10004
Tel.: (212) 549-2660
nzafar@aclu.org
wjunaid@aclu.org
gchoi@aclu.org
lgelernt@aclu.org
ojadwat@aclu.org

Christopher M. Lapinig
Kimberly Wei Leung
Winifred Kao
ASIAN LAW CAUCUS
55 Columbus Ave
San Francisco, CA 94111
Tel.: (415) 896-1701
christopherl@asianlawcaucus.org
kimberlyl@asianlawcaucus.org
winifredk@asianlawcaucus.org

Norm Eisen†
Tianna Mays†
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, #15180
Washington, D.C. 20003
Tel.: (202) 594-9958
norman@statedemocracydefenders.org
tianna@statedemocracydefenders.org

*Counsel for Plaintiffs*
†*Counsel for LULAC only*

**CERTIFICATE OF COMPLIANCE AND SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants.  In addition, on the date of filing I caused a copy of this filing to be sent via email to counsel for the Defendants in this appeal, Derek Weiss (Derek.L.Weiss@usdoj.gov) and Brad Hinshelwood (Bradley.A.Hinshelwood@usdoj.gov).

I further certify that this Motion complies with the 5,200-word limit in that it contains 721 words including the footnotes.

/s/ Cody Wofsy
Cody Wofsy (No. 1179414)

Dated:  April 11, 2025