# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 25-1348          **Short Title:** N.H. Indon. Cmty. Support v. Trump

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from  2/11/25
   2. Date this notice of appeal filed  4/10/25
      If cross appeal, date first notice of appeal filed  n/a
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)  n/a
   4. Date of entry of order deciding above post-judgment motion  n/a
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)  n/a
      Time extended to  n/a

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [✓] Yes  [ ] No
         If yes, explain Preliminary injunction appealable under 28 USC 1292

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [✓] Yes  [ ] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party New Hampshire Indonesian Community Support
   Attorney Cody Wofsy
   Address 425 California St., Suite 700, San Francisco, CA 94104
   Telephone (415) 343-0785

2. Adverse party League of United Latin American Citizens
   Attorney Cody Wofsy
   Address 425 California St., Suite 700, San Francisco, CA 94104
   Telephone (415) 343-0785

3. Adverse party Make the Road New York
   Attorney Cody Wofsy
   Address 425 California St., Suite 700, San Francisco, CA 94104
   Telephone (415) 343-0785

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name See attached.
   Address
   Telephone

   Attorney's name
   Firm
   Address
   Telephone

2. Appellant's name
   Address
   Telephone

   Attorney's name
   Firm
   Address
   Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Derek Weiss
Date  4/22/25

**Additional Responses – Part D. Related Cases**

The following cases pending in this Court involve challenges to the same Executive Order challenged in this case:

- *Doe v. Trump*, No. 25-1169
- *New Jersey v. Trump*, No. 25-1170
- *New Jersey v. Trump*, No. 25-1158 (appeal by nonparty)
- *New Jersey v. Trump*, No. 25-1200 (appeal by nonparty)

The government's three applications for stays or partial stays pending appeal of preliminary injunctions related to this Executive Order are pending in the Supreme Court, which has scheduled oral argument on the applications for May 15, 2025:

- *Trump v. CASA, Inc.*, No. 24A884
- *Trump v. Washington*, No. 24A885
- *Trump v. New Jersey*, No. 24A886 (related to this Court's case No. 25-1170)

**Additional Responses – Part G. Appellants**

*Parties:*

- Donald J. Trump, *President of the United States, in their official capacity*
- U.S. Department of Homeland Security
- Kristi Noem, *in their official capacity as Secretary of the U.S. Department of Homeland Security*
- U.S. Department of State
- Marco Rubio, *in their official capacity as Secretary of the U.S. Department of State*
- U.S. Department of Agriculture
- Brooke L. Rollins, *in their official capacity as Secretary of the U.S. Department of Agriculture*
- Centers for Medicare and Medicaid Services
- Mehmet Oz, *in their official capacity as Administrator of the Centers for Medicare and Medicaid Services*

*Counsel:*

| | | |
|---|---|---|
| Eric Dean McArthur | Eric.McArthur@usdoj.gov | (202) 557-0128 |
| Mark R. Freeman | Mark.Freeman2@usdoj.gov | (202) 514-5714 |
| Sharon Swingle | Sharon.Swingle@usdoj.gov | (202) 598-1121 |
| Brad Hinshelwood | Bradley.A.Hinshelwood@usdoj.gov | (202) 514-7823 |
| Derek Weiss | Derek.L.Weiss@usdoj.gov | (202) 616-5365 |

Mailing address:
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Room 7230
   Washington, DC 20530