# United States Court of Appeals
## For the First Circuit

No. 25-1348

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; MAKE THE ROAD NEW YORK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States, in their official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of the U.S. Department of State; U.S. DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in their official capacity as Secretary of the U.S. Department of Agriculture; CENTERS FOR MEDICARE AND MEDICAID SERVICES; MEHMET OZ, in their official capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants - Appellants.

**NOTICE**

Issued: April 29, 2025

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After May 13, 2025, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Morgan Elle Humphrey, Noor Zafar, Stephen Kang, Grace Choi, Katherine Courtney, Elizabeth Grace Caldwell, Ashley Michelle Burrell, Morenike Fajana, Robert C. Merritt, Tianna Jade Mays, Brad P. Rosenberg, Yuri Fuchs, Wafa Junaid, Kimberly Leung, Phillip Evan Marbury, Jacob Rhodes, Spencer E. Amdur, Hannah Schoen Steinberg, Gabriel R. Canaan, Winifred Kao, Ayomide Odunsi

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Ashley C. - (617) 748-9055

cc:
Spencer E. Amdur, Gilles R. Bissonnette, Ashley Michelle Burrell, Elizabeth Grace Caldwell, Grace Choi, Chelsea Eddy, Norman Larry Eisen, Drew C. Ensign, Morenike Fajana, Yuri Fuchs, Carol J. Garvan, Lee Gelernt, Zachary Heiden, Bradley Hinshelwood, Morgan Elle Humphrey, Omar C. Jadwat, Wafa Junaid, Stephen Kang, Winifred Kao, SangYeob Kim, Henry R. Klementowicz, Adriana Lafaille, Christopher Lapinig, Kimberly Leung, Tianna Jade Mays, Robert C. Merritt, Ayomide Odunsi, Brad P. Rosenberg, Hannah Schoen Steinberg, Sharon Swingle, Derek Weiss, Cody H. Wofsy, Noor Zafar