# United States Court of Appeals
## For the First Circuit

No. 25-1348

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; MAKE THE ROAD NEW YORK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States, in their official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of the U.S. Department of State; U.S. DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in their official capacity as Secretary of the U.S. Department of Agriculture; CENTERS FOR MEDICARE AND MEDICAID SERVICES; MEHMET OZ, in their official capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants - Appellants.

**NOTICE**

Issued: May 14, 2025

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Morgan Elle Humphrey, Christopher Lapinig, Katherine Courtney, Elizabeth Grace Caldwell, Robert C. Merritt, Tianna Jade Mays, Brad P. Rosenberg, Yuri Fuchs, Wafa Junaid, Kimberly Leung, Phillip Evan Marbury, Jacob Rhodes, Winifred Kao

The following attorneys will continue to receive notice in this case:

Spencer Elijah Wittmann Amdur, Gilles R. Bissonnette, Ashley Michelle Burrell, Grace Choi, Chelsea Eddy, Norman Larry Eisen, Drew C. Ensign, Morenike Fajana, Carol J. Garvan, Lee Gelernt, Zachary Heiden, Bradley Hinshelwood, Omar C. Jadwat, Stephen Kang, SangYeob

Kim, Henry R. Klementowicz, Adriana Lafaille, Ayomide Odunsi, Hannah Schoen Steinberg, Sharon Swingle, Derek Weiss, Cody H. Wofsy, Noor Zafar

    Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

    Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Ashley C. - (617) 748-9055

cc:
Spencer Elijah Wittmann Amdur, Gilles R. Bissonnette, Ashley Michelle Burrell, Elizabeth Grace Caldwell, Grace Choi, Chelsea Eddy, Norman Larry Eisen, Drew C. Ensign, Morenike Fajana, Yuri Fuchs, Carol J. Garvan, Lee Gelernt, Zachary Heiden, Bradley Hinshelwood, Morgan Elle Humphrey, Omar C. Jadwat, Wafa Junaid, Stephen Kang, Winifred Kao, SangYeob Kim, Henry R. Klementowicz, Adriana Lafaille, Christopher Lapinig, Kimberly Leung, Tianna Jade Mays, Robert C. Merritt, Ayomide Odunsi, Brad P. Rosenberg, Hannah Schoen Steinberg, Sharon Swingle, Derek Weiss, Cody H. Wofsy, Noor Zafar