# United States Court of Appeals
## For the First Circuit

––––––––––––––––––

No. 25-1348

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; MAKE THE ROAD NEW YORK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States, in their official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of the U.S. Department of State; U.S. DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in their official capacity as Secretary of the U.S. Department of Agriculture; CENTERS FOR MEDICARE AND MEDICAID SERVICES; MEHMET OZ, in their official capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants - Appellants.

––––––––––––––––––

**ORDER OF COURT**

Entered: May 14, 2025

The defendants' motion to hold this appeal in abeyance is <u>denied</u>. The opening brief remains due on May 27, 2025. Motions to extend the deadline will be viewed with disfavor.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Sharon Swingle, Drew C. Ensign, Bradley Hinshelwood, Brad P. Rosenberg, Derek Weiss, Lee Gelernt, Gilles R. Bissonnette, Zachary Heiden, Omar C. Jadwat, Carol J. Garvan, Adriana Lafaille, Cody H. Wofsy, Henry R. Klementowicz, SangYeob Kim, Spencer Elijah Wittmann Amdur, Grace Choi, Hannah Schoen Steinberg, Chelsea Eddy, Ashley Michelle Burrell, Ayomide Odunsi, Morenike Fajana, Noor Zafar, Stephen Kang, Norman Larry Eisen, Henry C. Quillen, Richard J. Lehmann, Brenna Bird, Steve Marshall, Tim Griffin, John Matthew Guard, Raul R.

Labrador, Theodore E. Rokita, Kris Kobach, Elizabeth B. Murrill, Lynn Fitch, Andrew Bailey, Austin Knudsen, Michael T. Hilgers, Drew H. Wrigley, Gentner F. Drummond, Alan Wilson, Marty Jackley, Derek Brown, Bridget Hill, Christopher J. Hajec, Gabriel R. Canaan