# No. 25-1348

## In the
## United States Court of Appeals for the First Circuit

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; MAKE THE ROAD NEW YORK,
*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security,
*Defendants-Appellants*.

## On Appeal from the United States District Court for
## the District of New Hampshire

Brief *Amicus Curiae* of
America's Future,
Gun Owners of America, Inc., Gun Owners Foundation,
Citizens United,
Leadership Institute,
U.S. Constitutional Rights Legal Defense Fund, and
Conservative Legal Defense and Education Fund
in Support of Defendants-Appellants and Reversal

JEFFREY C. TUOMALA
  114 Creekside Lane
  Winchester, VA 22602

MICHAEL BOOS
  CITIZENS UNITED
  1006 Pennsylvania Ave. SE
  Washington, DC 20003

WILLIAM J. OLSON*
JEREMIAH L. MORGAN
  WILLIAM J. OLSON, P.C.
  370 Maple Avenue West, Suite 4
  Vienna, VA 22180-5615
  (703) 356-5070
*Attorney of Record
*Attorneys for Amici Curiae*
June 3, 2025

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, *amici* do not have parent corporations, they are not publicly traded companies, and no publicly held corporation owns 10% or more of their stocks.

# TABLE OF CONTENTS

Page

DISCLOSURE STATEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

INTEREST OF *AMICI CURIAE* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF THE CASE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

ARGUMENT

I.    THE DISTRICT COURT SIMPLY DID NOT ADDRESS THE ARGUMENTS
      SUPPORTING THE EXECUTIVE ORDER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

II.   THE DISTRICT COURT PROVIDED LITTLE ANALYSIS OR
      ARGUMENTATION TO SUPPORT ITS GRANT OF A PRELIMINARY
      INJUNCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

APPENDIX:  FEDERAL COURT INJUNCTIONS AGAINST THE TRUMP
      ADMINISTRATION

# TABLE OF AUTHORITIES

Page

## CASES

*Elk v. Wilkins*, 112 U.S. 94 (1884) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Minor v. Happersett*, 88 U.S. 162 (1874) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Slaughter-House Cases*, 83 U.S. 36 (1873) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*United States v. Wong Kim Ark*, 169 U.S. 649 (1898) . . . . . . . . . . . . . . . . . . . . . . . 5

## INTEREST OF *AMICI CURIAE*[1]

The *amici* herein, America's Future, Gun Owners of America, Inc., Gun Owners Foundation, Citizens United, Leadership Institute, U.S. Constitutional Rights Legal Defense Fund, and Conservative Legal Defense and Education Fund are nonprofit organizations exempt from federal income taxation under IRC sections 501(c)(3) or 501(c)(4), whose activities include filing *amicus* briefs in important constitutional and public policy cases.

## STATEMENT OF THE CASE

These *amici* adopt the statement of the case filed in this Court in the consolidated cases of *O. Doe, et al. v. Donald J. Trump* and *State of New Jersey v. Trump*, Nos. 25-1169 & 25-1170, on the merits on April 28, 2025, with the following supplement.

These *amici* filed an *amicus* brief in the district court below on January 31, 2025.  Then, they filed two *amicus* briefs in this Court in the consolidated cases of *O. Doe, et al. v. Donald J. Trump* and *State of New Jersey v. Trump*, Nos. 25-1169 & 25-1170, as follows:

- *Amicus* Brief on Motion for Stay filed March 4, 2025; and

---

[1]  The parties have consented to the filing of this brief.  No party's counsel authored the brief in whole or in part.  No party or party's counsel contributed money that was intended to fund preparing or submitting the brief.  No person other than these *amici curiae*, their members, or their counsel contributed money that was intended to fund preparing or submitting this brief.

- *Amicus* Brief on Merits filed April 28, 2025 (corrected brief filed May 12, 2025).

These *amici* filed two *amicus* briefs in the Fourth Circuit in *Casa v. Trump*, No. 25-1153:

- *Amicus* Brief on Motion for Stay filed February 21, 2025; and
- *Amicus* Brief on Merits filed April 7, 2025.

These *amici* filed an *amicus* brief in *State of Washington v. Trump;* W.D. Wash.: No. 2:25-cv-00127-JCC:

- *Amicus* Brief filed January 31, 2025.

These *amici* filed two *amicus* briefs in *State of Washington v. Trump*, No. 25-807 (9th Circuit):

- *Amicus* Brief on Motion for Stay filed February 17, 2025; and
- Letter Joining Brief on Merits filed April 4, 2025.

Lastly, these *amici* filed an *amicus* brief in the U.S. Supreme Court in support of a stay of three district court injunctions, *Trump v. CASA*, No. 24A884; *Washington*, No. 24A885; and *NJ*, No. 24A886, which is still pending.

- *Amicus* Brief on Applications for Stays filed March 28, 2025.

**ARGUMENT**

## I. THE DISTRICT COURT SIMPLY DID NOT ADDRESS THE ARGUMENTS SUPPORTING THE EXECUTIVE ORDER.

On January 31, 2025, these *amici* filed an *amicus* brief ("America's Future *Amicus* Brief") in opposition to Plaintiffs' motion for preliminary injunction in the U.S. District Court for the District of New Hampshire. On February 11, 2025, the district court issued its Preliminary Injunction Order. Unfortunately, that Order failed to address in any meaningful way the considerable number of authorities addressed in the Defendants' Memorandum of Law in Objection to Plaintiffs' Motion for Preliminary Injunction (Jan. 31, 2025) ("Gov't Memo."), and in the *amicus* brief filed by these *amici*, both of which briefs rather clearly demonstrated the fallacy of so-called "birthright citizenship." These arguments deserved greater attention than they received from the district court.

The courts in which these challenges to the President's Executive Order were brought were not chosen at random. The State of New Jersey filed its challenge not in the District Court for New Jersey, as might have been expected, but in the District Court for the Commonwealth of Massachusetts. It would be naive to believe that New Jersey's decision was wholly unrelated to its preference to have this Court hear the appeal rather than the Third Circuit.

All too many district court injunctions have been entered to halt numerous decisions of President Trump — making the very changes that he was elected by the People of the United States to make. *See* Appendix for a partial list of approximately 85 injunctions that have been entered against the Trump agenda. These *amici* urge this Court to resist the temptation to join in an effort by some federal courts to reflexively enjoin all Trump policy initiatives even before these cases are resolved on the merits.

## II. THE DISTRICT COURT PROVIDED LITTLE ANALYSIS OR ARGUMENTATION TO SUPPORT ITS GRANT OF A PRELIMINARY INJUNCTION.

The district court described the arguments raised by the Government as "nonfrivolous" (*New Hampshire Indonesian Community Support v. Trump*, 2025 U.S. Dist. LEXIS 24055, *13 (D. N.H. 2025) ("NHICS")), but treated them as though they were plainly and obviously incorrect. The court first took encouragement from the fact that two other federal courts carefully selected by Plaintiffs to receive favorable treatment — the Western District of Washington in the Ninth Circuit, and the District of Maryland in the Fourth Circuit (*id*. at *7, n.6) — unsurprisingly already had enjoined the Government and President Trump.

The district court spent about a page and a half of the LEXIS report addressing the substantive arguments presented to the court. In the end, its ruling

was based on five assertions, which might be termed "assumptions." Each of these matters was addressed in the Government's brief, and in the brief filed by these *amici* in district court, where specified.

1. The Executive Order "contradicts the text of the Fourteenth Amendment." *NHICS* at *10.

This assertion fails to address the arguments in and is contradicted by the Gov't Memo. at 8-11 and America's Future *Amicus* Brief at 13-15 ("The language '**subject to the jurisdiction thereof**' in the Fourteenth Amendment is most important, and it is best understood as conveying the same meaning as the language '**and not subject to any foreign power**' as used in the Civil Rights Act of 1866."). Actually, this was the central issue of both briefs. The meaning of the term "subject to the jurisdiction thereof" is the critical issue in the case. Yet, the district court assumed it meant what it thought *United States v. Wong Kim Ark*, 169 U.S. 649 (1898), had ruled, even though *Wong Kim Ark* addressed persons lawfully in the United States and had no application to the children of illegal aliens to whom the Executive Order applies.

2. The Executive Order "contradicts ... the century-old untouched precedent that interprets it [citing only *United States v. Wong Kim Ark*]." *NHICS* at *10.

This assertion fails to address the arguments in and is contradicted by the Gov't Memo. at 11-12 and America's Future *Amicus* Brief at 5-10 ("*Wong Kim*

5

***Ark* did not even address those specific children covered by the Executive Order** — those with a non-citizen father who were born to a mother either **illegally or temporarily** present in the United States"). The district court opinion discussed exactly **none** of the Supreme Court cases cited by the Government or America's Future.

> 3. "[T]he defendants offer no First Circuit Court of Appeals or Supreme Court authority to support their reasoning ... there is **no reason to delve into** the amendment's enactment history...." *NHICS* at *11 (emphasis added).

The arguments which the district court had "no reason to delve into" were in Gov't Memo at 10-12 and America's Future *Amicus* Brief at 8-9 ("if *Wong Kim Ark* is read to stand for the proposition that 'subject to the jurisdiction' of the United States simply meant to be present 'within the jurisdiction' thereof ... that decision was in error, an outlier, inconsistent with the Supreme Court's decisions in the *Slaughter House Cases*,[2] *Minor*,[3] and *Elk*.[4]")

> 4. The phrase "'subject to the jurisdiction thereof' refers to all babies born on U.S. soil, aside from the enumerated exceptions because the amendment and statute do so *unambiguously*." *NHICS* at *11.

---

[2] *Slaughter-House Cases*, 83 U.S. 36 (1873).

[3] *Minor v. Happersett*, 88 U.S. 162 (1874).

[4] *Elk v. Wilkins*, 112 U.S. 94 (1884).

Since the amendment and the statute do not specify the exceptions asserted to exist, the district court's assertion that the statute is unambiguous is insupportable. The exceptions cited by the district court come from neither the amendment nor the statute, but rather come from *Wong Kim Ark*. Before the district court could assert that the phrase "subject to the jurisdiction thereof" was unambiguous, it might have wrestled with its meaning, but it did not bother to do so. It ignored arguments made by the government; *see* Gov't Memo. at 9-10 and America's Future *Amicus* Brief at 13-17 ("The legislative history of the Fourteenth Amendment clearly illuminates the Court's error in *Wong Kim Ark*....").

> 5. "The Executive Order also likely violates § 1401, which codified the pertinent language from the Fourteenth Amendment [based on its] 'ordinary public meaning.'" *NHICS* at *11.

In making this assertion, the arguments ignored by the Court were in Gov't Memo. at 26 ("in using the exact text of the Citizenship Clause in the INA, Congress imported its exact scope") and America's Future *Amicus* Brief at 10 (the INA "could be said to incorporate [the Fourteenth] Amendment, but not Plaintiffs' mistaken reading of *Wong Kim Ark*.")

These deficiencies are presented to demonstrate the perfunctory nature of the district court's analysis, and the need for this Court to start completely afresh in its analysis of the important issues presented.

Finally, the district court also completely disregarded another important constitutional principle violated by its order. Although both the Government (Gov't Memo. at 30) and these *amici* (America's Future *Amicus* Brief at 2-4) challenged the authority of a federal district court, or any court, to enjoin the President of the United States, this matter of significant constitutional importance was completely ignored by the district court as it granted the motion for a preliminary injunction against "the defendants." *Id*. at *16.

## CONCLUSION

The district court's injunction was based on virtually no analysis and should be reversed.

Respectfully submitted,

   /s/ *William J. Olson*

JEFFREY C. TUOMALA     WILLIAM J. OLSON*
  114 Creekside Lane     JEREMIAH L. MORGAN
  Winchester, VA 22602      WILLIAM J. OLSON, P.C.
      370 Maple Avenue West, Suite 4
MICHAEL BOOS       Vienna, VA 22180-5615
  CITIZENS UNITED       (703) 356-5070
  1006 Pennsylvania Ave. SE    *Attorney of Record
  Washington, DC 20003    *Attorneys for Amici Curiae*
     June 3, 2025

# APPENDIX

*NHICS v. TRUMP*
**Appendix to Amicus Brief.**

**FEDERAL COURT INJUNCTIONS AGAINST
THE TRUMP ADMINISTRATION**
(January 20, 2025 through June 2, 2025)

**BIRTHRIGHT CITIZENSHIP**

1. *New Hampshire Indonesian Community Support v. Trump*, No. 1:25-cv-00038 — Judge Joseph N. Laplante (G.W. Bush) of the District of New Hampshire enjoined any enforcement of Trump's birthright citizenship EO within the state. The case was appealed to the First Circuit on April 11, where it is pending.

2. *Washington v. Trump*, No. 2:25-cv-00127 — Judge John C. Coughenour (Reagan) of the District of Washington enjoined any enforcement of Trump's birthright citizenship EO nationwide. The case was appealed to the Ninth Circuit and the Supreme Court, where argument on the universal injunction was held May 15.

3. *New Jersey v. Trump; Doe v. Trump*, No. 1:25-cv-10139 — Judge Leo T. Sorokin (Obama) of the District of Massachusetts enjoined any enforcement of Trump's birthright citizenship EO within the state. The case was appealed to the First Circuit and the Supreme Court, where argument on the universal injunction was held May 15.

4. *CASA Inc. v. Trump*, No. 8:25-cv-00201 — Judge Deborah L. Boardman (Biden) of the District of Maryland enjoined any enforcement of Trump's birthright citizenship EO nationwide. The case was appealed to the Fourth Circuit and the Supreme Court, where argument on the universal injunction was held May 15.

**IMMIGRATION**

5. *J.G.G. v. Trump*, No. 1:25-cv-00766 — Judge James E. Boasberg (Obama) of the District of D.C. ordered flights of gang members and terrorists rerouted back to the United States, and then ordered that Trump cannot deport anyone under the Alien Enemies Act without a hearing. This was upheld by D.C. Circuit, then on

April 7, the Supreme Court vacated the district court's TROs. Judge Boasberg on April 16 threatened the Trump administration with criminal contempt charges, but on April 18 the DC Circuit issued an administrative stay in the appeal from Judge Boasberg's Apr. 16 contempt-related order. Plaintiffs filed an April 24 amended complaint including a habeas petition for a class of individuals and an April 25 motion for a permanent injunction.

6. *Chung v. Trump*, No. 1:25-cv-02412 — Judge Naomi R. Buchwald (Clinton) of the Southern District of New York issued a temporary restraining order preventing Trump from deporting a Columbia University student for pro-Hamas activism.

7. *Phila. Yearly Meeting of The Religious Soc'y of Friends v. U.S. Dep't of Homeland Sec.*, No. 8:2025-cv-00243 — Judge Theodore D. Chuang (Obama) of the District of Maryland enjoined ICE raids in houses of worship.

8. *M.K. v. Joyce*, No. 1:25-cv-01935 — Judge Jesse M. Furman (Obama) of the Southern District of New York issued a temporary restraining order forbidding the removal of a prisoner from the U.S. to Venezuela until the court could rule on the merits of the removal. This case was transferred on March 19 as *Khalil v. Joyce*, 2:25-cv-01963 — Judge Michael E. Farbiarz (Biden) of the District of New Jersey ordered on that same day that "Petitioner shall not be removed from the United States unless and until the Court issues a contrary Order."

9. *Parra v. Castro*, No. 1:24-cv-00912 — Judge Kenneth J. Gonzales (Obama) of the District of New Mexico issued a temporary restraining order on February 9 blocking the transfer of three Venezuelans to Gitmo. They were then removed to their home country instead and voluntarily dismissed their case.

10. *Vizguerra-Ramirez v. Choate*, No. 1:25-cv-00881 — Judge Nina Y. Wang (Biden) of the District of Colorado enjoined the ICE deportation of a Mexican citizen.

11. *National TPS Alliance v. Noem*, No. 3:25-cv-01766 — Judge Edward M. Chen (Obama) of the Northern District of California enjoined ending Temporary Protected Status ("TPS") for 350,000 to 600,000 Venezuelans. After the Ninth Circuit denied a stay, the Supreme Court on May 19 stayed the district court decision.

12. *Pacito v. Trump*, No. 2:25-cv-00255 — Judge Jamal N. Whitehead (Biden) of the Western District of Washington granted a nationwide preliminary injunction on February 28 blocking President Trump's Executive Order indefinitely halting entry through the U.S. Refugee Admissions Program (USRAP). On appeal, the Ninth Circuit partially granted the Trump administration's emergency motion to stay, and filed an order clarifying their stay on April 21.

13. *City and County of San Francisco v. Donald J. Trump*, No. 3:25-cv-01350 — Judge William H. Orrick III (Obama) of the Northern District of California granted a preliminary injunction April 24 enjoining President Trump's efforts to have the Department of Justice investigate and prosecute "sanctuary cities" policies and government officials interfering with immigration enforcement.

14. *D.V.D. v. U.S. Department of Homeland Security*, No. 1:25-cv-10676 — Judge Brian E. Murphy (Biden) of the District of Massachusetts on March 28 issued a temporary restraining order enjoining the Trump administration over the recent policy of deporting non-citizens with final removal orders to a third country, specifically El Salvador, without first providing an opportunity to contest removal. First Circuit denied stay pending appeal April 7. Judge Murphy granted class certification and issued a preliminary injunction April 18, and further orders on May 20, May 21, May 23, and May 26. SCOTUS Application for Stay was filed May 27, and the case was remanded to the Fifth Circuit, where briefs are pending, with oral argument scheduled June 30.

15. *Community Legal Services in East Palo Alto v. U.S. Dep't of HHS*, No. 3:25-cv-02847 — Judge Araceli Martinez-Olguin (Biden) of the Northern District of California issued a temporary restraining order on April 1 blocking Defendants from terminating funding for Department of Health and Human Services' (HHS) Office of Refugee Resettlement (ORR) funding for legal representation services for unaccompanied immigrant children through April 16, then on April 10 extended the TRO through April 30. Defendants' appeal of the TRO to the Ninth Circuit was denied, as was a petition for rehearing en banc. On April 29, the District Court granted a preliminary injunction blocking Defendants from withdrawing the services or funds provided by ORR until a final judgment in the matter is issued. Defendants appealed the PI to the Ninth Circuit on Apr. 30.

16. *J.A.V. v. Trump*, No. 1:25-cv-00072 — Judge Fernando Rodriguez (Trump) of the Southern District of Texas on April 9 temporarily enjoined the Trump

administration from deporting Venezuelans outside of the district under the Alien Enemies Act.  On May 1, Judge Rodriguez certified a class and granted a [permanent injunction](#).

17. *G.F.F. v. Trump*, No. 1:25-cv-02886 — Judge Alvin Hellerstein (Clinton) of the Southern District of New York granted a [temporary restraining order](#) on April 9 on behalf of a class of all persons in the district subject to deportation under the Alien Enemies Act.  A [Preliminary Injunction](#) was granted May 6.

18. *Doe v. Noem*, No. 1:25-cv-10495 — Judge Indira Talwani (Obama) of the District of Massachusetts, on April 14, granted a [motion to stay](#) the Department of Homeland Security's blanket revocation of Cuba, Haiti, Nicaragua, and Venezuela parole programs (the "CHNV parole programs") and ordering case-by-case review of any termination of work authorization permits to remain in the United States.  After the 1st Circuit denied a stay, the Supreme Court on [May 30 stayed the district court decision](#).

19. *Viloria Aviles v. Trump*, No. 2:25-cv-00611 — Judge Gloria Maria Navarro (Obama) of the District of Nevada issued a [preliminary injunction](#) on April 17 prohibiting the government from removing the Petitioner from the United States under the Alien Enemies Act until after his merits hearing.

20. *D.B.U. v. Trump*, No. 1:25-cv-01163 — Judge Charlotte Sweeney (Biden) of the District of Colorado issued a [temporary restraining order](#) on April 22 forbidding the administration from removing Venezuelan illegal aliens from Colorado for deportation under the Aliens Enemies Act.  A motion for a preliminary injunction is pending.  On [appeal to the Tenth Circuit](#), a panel on [April 29 denied an emergency motion](#) for stay.

21. *A.S.R. v. Trump*, No. 3:25-cv-00113 — Judge Stephanie Haines (Trump) of the Western District of Pennsylvania granted a [temporary restraining order on April 25](#) on behalf of a class of all persons in the district subject to deportation under the Alien Enemies Act that they must be given 14 days' notice and hearing before any removal from the district, pursuant to the Supreme Court's decision in *J.G.G. v. Trump*.

22. *Mahdawi v. Trump*, No. 2:25-cv-00389 — Judge Geoffrey W. Crawford (Obama) of the District of Vermont extended a [temporary restraining order](#) on

April 24 "for a period of 90 days or until dismissal of this case or grant of a preliminary injunction, whichever is earliest ... no respondent... shall remove [Mohsen Mahdawi, a Palestinian] from Vermont without further order from this court."

23. *Yostin Sleiker Gutierrez-Contreras v. Warden Desert View Annex*, No. 5:25-cv-00911 — Judge Sunshine S. Sykes (Biden) of the Central District of California, issued a temporary restraining order on April 16 preventing the government from removing a Venezuelan at risk of being deported to El Salvador under the Alien Enemies Act. On April 28, the TRO was dissolved since the Plaintiff was in Texas when the petition was filed.

> *NOTE: According to *Politico*, there have been over 100 lawsuits and 50 restraining orders related to the F-1 visas and the Student and Exchange Visitor Information System (SEVIS) in 23 states. The Trump Administration is working to resolve this situation, so these cases are not included here.

## TRANSGENDER

24. *Talbott v. Trump*, No. 1:25-cv-00240 — Judge Ana C. Reyes (Biden) of the District of D.C., a lesbian, enjoined Trump's rule preventing "transgender" persons from serving in the military. The case is on appeal to the D.C. Circuit.

25. *PFLAG v. Trump*, No. 8:25-cv-00337 — Judge Brendan A. Hurson (Biden) of the District of Maryland granted an injunction against Trump's order denying federal funding to institutions performing chemical or surgical "transgender" mutilation on minors.

26. *Washington v. Trump*, No. 2:25-cv-00244 — Judge Lauren J. King (Biden) of the Western District of Washington enjoined Trump's order denying federal funding to institutions performing chemical or surgical "transgender" mutilation on minors. The case is on appeal to the Ninth Circuit.

27. *Ireland v. Hegseth*, No. 1:25-cv-01918 — Judge Christine P. O'Hearn (Biden) of the District of New Jersey enjoined the Air Force from removing two "transgender" service members pursuant to Trump's order banning "transgender" service members.

28. *Doe v. McHenry; Doe v. Bondi*, No. 1:25-cv-00286 — Judge Royce C. Lamberth (Reagan) of the District of D.C. enjoined the transfer of twelve "transgender women" to men's prisons under Trump's order, and terminating their taxpayer-funded hormone treatments. The injunction has been appealed to the D.C. Circuit.

29. *Moe v. Trump*, No. 1:25-cv-10195 — Senior Judge George A. O'Toole Jr. (Clinton) of the District of Massachusetts enjoined the transfer of a "transgender woman" to a men's prison under Trump's order. This case has been transferred to another, unidentified, district.

30. *Jones v. Trump*, No. 1:25-cv-401 — Judge Royce C. Lamberth (Reagan) of the District of D.C. enjoined the transfer of three "transgender women" to men's prisons and termination of their taxpayer-funded hormone treatments under Trump's order.

31. *Shilling v. Trump*, No. 2:25-cv-00241 — Judge Benjamin H. Settle (G.W. Bush) of the Western District of Washington enjoined Trump's order to remove "transgender" service members. The Ninth Circuit denied a request for a stay of the injunction; an Application for Stay filed at the Supreme Court (24A1030), and the stay was granted May 6.

32. *Maine v. Department of Agriculture*, No. 1:25-cv-00131 — Judge John Woodcock (G.W. Bush) of the District of Maine granted a temporary restraining order on April 11 on behalf of Maine, in its lawsuit against Trump's federal education funding freeze to Maine for its refusal to ban boys from girls' teams.

**GOVERNMENT OPERATIONS**

33. *Dellinger v. Bessent*, No. 1:25-cv-00385 — Judge Amy B. Jackson (Obama) of the District of D.C. issued a restraining order invalidating Trump's firing of U.S. special counsel Hampton Dellinger. The order was upheld by the D.C. Circuit Court of Appeals and the Supreme Court, then was temporarily lifted by the Court of Appeals on March 5; on March 6, Dellinger announced that he was dropping his case.

34. *American Federation of Government Employees, AFL-CIO v. U.S. Office of Personnel Management*, No. 3:25-cv-01780 — Judge William H. Alsup (Clinton)

of the Northern District of California enjoined Trump's order for six federal agencies to dismiss thousands of probationary employees. The injunction was upheld by the Ninth Circuit, and the Supreme Court issued a stay based on standing.

35. *Wilcox v. Trump*, No. 1:25-cv-00334 — Judge Beryl A. Howell (Obama) of the District of D.C. enjoined Trump's firing of National Labor Relations Board member Gwynne Wilcox, a Democrat, and ordered her reinstated to finish her term. The D.C. Circuit stayed the injunction, then reinstated it, and an application for a stay at the Supreme Court was granted by Chief Justice Roberts on April 9, and by the Supreme Court on May 22.

36. *Harris v. Bessent*, No. 1:25-cv-00412 — Judge Rudolph Contreras (Obama) of the District of D.C. enjoined Trump's firing of Merit Systems Protection Board member Cathy Harris and ordered her reinstated. The D.C. Circuit stayed the injunction, then reinstated it, an application for a stay at the Supreme Court was granted by Chief Justice Roberts on April 9, and by the Supreme Court on May 22.

37. *American Foreign Service Association v. Trump*, No. 1:25-cv-00352 — Judge Carl J. Nichols (Trump) of the District of D.C. issued a temporary restraining order against Trump's firing of USAID employees. He later vacated the TRO and denied a preliminary injunction against the firings.

38. *Does 1-9 v. Department of Justice*, No. 1:25-cv-00325 — Judge Jia M. Cobb (Biden) of the District of D.C. enjoined Trump from releasing the names of any FBI agents who worked on the January 6 investigation.

39. *Doctors for America v. U.S. Office of Personnel Management*, No. 1:25-cv-00322 — Judge John D. Bates (G.W. Bush) of the District of D.C. ordered that CDC and FDA webpages that "inculcate or promote gender ideology" be restored after Trump ordered them removed.

40. *Perkins Coie v. DOJ*, No. 1:25-cv-00716 — Judge Beryl A. Howell (Obama) of the District of D.C. enjoined Trump's directive barring government agencies doing business with Perkins Coie and banning PC attorneys from federal buildings.

41. *Jenner Block v. DOJ*, No. 1:25-cv-00916 — Judge John D. Bates (G.W. Bush) of the District of D.C. on March 28 granted a temporary restraining order against Trump's directive barring government agencies from doing business with Jenner Block and banning that firm's attorneys from federal buildings. Judge Block granted Jenner's motions for summary judgment and permanent injunction on May 23.

42. *Wilmer Cutler Pickering Hale and Dorr LLP v. Executive Office of the President*, No. 1:25-cv-00917 — Judge Richard J. Leon (G.W. Bush) of the District of D.C. enjoined Trump's directive barring government agencies from doing business with Wilmer and banning that firm's attorneys from federal buildings.

43. *Susman Godfrey LLP v. Executive Office of the President*, No. 1:25-cv-01107 — Judge Loren L. AliKhan (Biden) of the District of D.C. on April 15 enjoined Trump's directive barring government agencies from doing business with Susman Godfrey and banning that firm's attorneys from federal buildings.

44. *American Federation of Government Employees, AFL-CIO v. Ezell*, No. 1:25-cv-10276 — Senior Judge George A. O'Toole Jr. (Clinton) of the District of Massachusetts issued a temporary restraining order against Trump's buyout of federal employees. The judge later lifted the TRO and denied an injunction, allowing the buyout to go forward.

45. *Maryland v. US Dept. of Agriculture*, No. 1:25-cv-00748 — James K. Bredar (Obama) of the District of Maryland issued a TRO ordering 38 agencies to stop firing employees and reinstate fired employees. On April 9, the Fourth Circuit stayed the district court injunction, noting the Supreme Court stay in *AFGE, AFL-CIO v. OPM and Ezell*).

46. *Does 1-26 v. Musk*, No. 8:25-cv-00462 — Judge Theodore D. Chuang (Obama) of the District of Maryland ordered DOGE to reinstate email access for fired USAID employees.

47. *American Federation of Teachers v. Bessent*, No. 8:25-cv-00430 — Judge Deborah L. Boardman (Biden) of the District of Maryland enjoined DOE and Office of Personnel Management from disclosing personal information of

employees to DOGE.  On April 7, the Fourth Circuit granted a stay to the Defendants pending the appeal.

48. *American Federation of State, County and Municipal Employees, AFL-CIO v. Social Security Administration*, No. 1:25-cv-00596 — Judge Ellen L. Hollander (Obama) of the District of Maryland granted an injunction forbidding the Social Security Administration from providing personal information to DOGE.  The Fourth Circuit dismissed an appeal for lack jurisdiction.  On May 2, the Trump administration filed an Application for a Stay of the Injunction and Requested an Emergency stay.

49. *Brehm v. Marocco*, No. 1:25-cv-00660 — Judge Richard J. Leon (G.W. Bush) of the District of D.C. issued a temporary restraining order forbidding Trump from removing Brehm from, and appointing Marocco to, the U.S. African Development Foundation.

50. *American Oversight v. Hegseth*, No. 1:25-cv-00883 — Judge James E. Boasberg (Obama) of the District of D.C. issued an order "as agreed by the parties," for the government to preserve all Signal communications related to the leak to an *Atlantic* editor of DoD conversations in Houthi strike.

51. *National Treasury Employees Union v. Trump*, No. 1:25-cv-00935 — Judge Paul Friedman (Clinton) of the District of D.C., on April 25, enjoined agencies from implementing Trump's executive order limiting collective bargaining rights for many federal employees, but specifically did not enjoin President Trump.

52. *Woonasquatucket River Watershed Council v. Department of Agriculture*, No. 1:25-cv-00097 — Judge Mary McElroy (Trump) of the District of Rhode Island issued a preliminary injunction against Trump's federal funding freeze for various departments including the EPA.  The Trump administration appealed to the First Circuit on May 1.

53. *Associated Press v. Budowich*, No. 1:25-cv-00532 — Judge Trevor McFadden (Trump) of the District of D.C. on April 8 enjoined the White House from keeping AP reporters out of the White House press briefings until it agrees to refer to the "Gulf of America."

54. *Novedades Y Servicios, Inc. v. FinCEN*, 3:25-cv-00886 — Judge Janis L. Sammartino (G.W. Bush) of the Southern District of California granted a temporary restraining order on April 22 against Department of Treasury FinCEN's Geographic Targeting Order which requires businesses along the southern border to file Currency Transaction Reports with FinCEN at a $200 threshold.

55. *New York, et al. v. Donald J. Trump*, No. 1:25-cv-01144 — Judge Jeannette A. Vargas (Biden) of the Southern District of New York issued a preliminary injunction on February 21 blocking DOGE's access to certain Treasury Department payment records. Then on April 11, Judge Vargas partially dissolved her preliminary injunction since "based on existing record" mitigation, training and vetting procedures were adequate to satisfy her concerns.

56. *American Federation Of Government Employees, AFL-CIO v. Trump*, No. 3:25-cv-03698 — Judge Susan Y. Illston (Clinton) of the Northern District of California granted a Temporary Restraining Order on May 9 to pause the Defendants' reductions in force under EO 14210, and issued a preliminary injunction on May 22. Defendants immediately appealed this order to the Ninth Circuit, and filed an Application for a stay at the US Supreme Court on June 2.

## FUNDING

57. *National Treasury Employees Union v. Vought*, No. 1:25-cv-00381 — Judge Amy B. Jackson (Obama) of the District of D.C. halted Trump's budget cuts and layoffs at the Consumer Financial Protection Bureau. On March 31, the government appealed Judge Jackson's preliminary injunction order to the D.C. Circuit; which on April 11 ordered a partial stay of the preliminary injunction.

58. *AIDS Vaccine Advocacy Coalition v. Department of State*, No. 1:25-cv-00400 — Judge Amir H. Ali (Biden) of the District of D.C. ordered Trump to unfreeze and spend $2 billion in USAID funds. The Supreme Court, in a 5-4 ruling with Justices Alito, Thomas, Kavanaugh, and Gorsuch dissenting, left the order in place. On Apr. 2, defendants appealed Judge Ali's Mar. 10 preliminary injunction order to the D.C. Circuit.

59. *Colorado v. US Dept. of Health and Human Services*, No. 1:25-cv-00121 — Judge Mary S. McElroy (Trump) of the District of Rhode Island, issued a temporary restraining order on April 5 reinstating payments to a coalition of states

which sued the Trump administration over the cancellation of $11 billion in public health funding.

60. *National Council of Nonprofits v. OMB*, No. 1:25-cv-00239 — Judge Loren L. AliKhan (Biden) of the District of D.C. blocked Trump's order to pause federal aid while reviewing to determine if it aligned with administration policy. Appeal to the D.C. Circuit docketed April 25.

61. *Massachusetts v. NIH*, No. 1:25-cv-10338 — Judge Angel Kelley (Biden) of the District of Massachusetts issued a preliminary injunction on March 5 prohibiting implementation of the NIH Guidance "in any form with respect to institutions nationwide."

62. *New York v. Trump*, No. 1:25-cv-00039 — Judge John J. McConnell Jr. (Obama) of the District of Rhode Island enjoined Trump's order to freeze federal spending while reviewing to determine that it aligned with administration policy. The First Circuit, on March 26, denied defendants' motion for a stay pending appeal of the district court's preliminary injunction order.

63. *RFE/RL, Inc. v. Lake*, No. 1:25-cv-00799 — Judge Royce C. Lamberth (Reagan) of the District of D.C. issued a temporary restraining order forbidding Trump from cutting funds to Voice of America.

64. *Widakuswara v. Lake*, No. 1:25-cv-01015 — Judge Royce C. Lamberth (Reagan) of the District of D.C. issued a preliminary injunction on April 22 requiring the reinstatement of employment positions and funding for Voice of America and U.S. Agency for Global Media. The government appealed to the DC Circuit April 24.

65. *Radio Free Asia v. United States of America*, No. 1:25-cv-00907 — Judge Royce C. Lamberth (Reagan) of the District of D.C. issued a preliminary injunction requiring restoration of funding of Radio Free Asia and Middle East Broadcasting Networks on April 25. The government immediately filed an appeal to the D.C. Circuit, which granted a stay pending appeal on May 3.

66. *Massachusetts Fair Housing Ctr. v. HUD*, No. 3:25-cv-30041 — Judge Richard G. Stearns (Clinton) of the District of Massachusetts enjoined Trump's cuts to HUD grant funding and ordered spending reinstated.

67. *Climate United Fund v. Citibank, N.A.*, No. 1:25-cv-00698 — Judge Tanya S. Chutkan (Obama) of the District of D.C. issued a temporary restraining order enjoining EPA's Termination of Greenhouse Gas Reduction Fund Grants.

68. *Association of American Medical Colleges v. NIH*, No. 1:25-cv-10340 — Judge Angel Kelley (Biden) of the District of Massachusetts enjoined Trump's NIH grant funding cuts. The Case has been appealed to the First Circuit.

69. *American Association of Colleges for Teacher Education v. McMahon*, No. 1:25-cv-00702 — Judge Julie R. Rubin (Biden) of the District of Maryland issued an injunction requiring reinstatement of terminated education grant funds. Defendants appealed the preliminary injunction to the Fourth Circuit. On April 1, the Fourth Circuit denied Plaintiffs' motion to place the case in abeyance, and on April 10, granted the defendants' motion for stay pending appeal.

70. *Mayor and City Council of Baltimore et al. v. Vought*, No. 1:25-cv-00458 — Judge Matthew J. Maddox (Biden) of the District of Maryland issued a TRO preventing Trump from defunding the CFPB.

71. *Association of American Universities v. Department of Health and Human Services*, No. 1:25-cv-10346 — Judge Angel Kelley (Biden) of the District of Massachusetts issued a nationwide injunction against Trump's NIH funding cuts. Defendants appealed to the First Circuit on April 9.

72. *Association of American Universities v. Dept. of Energy*, No. 1:25-cv-10912 — Judge Allison D. Burroughs (Obama) of the District of Massachusetts issued a temporary restraining order on April 16 against the cap instituted on reimbursements for indirect costs for federal research grants from the Department of Energy.

73. *American Library Association v. Sonderling*, No. 1:25-cv-01050 — Judge Richard J. Leon of the District of D.C. granted a temporary restraining order on May 1 against the executive order which requires spending reduction of the Institute for Museum and Library Services.

74. *Rhode Island v. Trump*, No. 1:25-cv-00128 — Chief Judge John J. McConnell, Jr. (Obama) of the District of Rhode Island, granted a preliminary injunction on

May 6 to a coalition of states which sued over an Executive Order which requires 7 agencies to reduce their functions.

75. *State of New York v. U.S. Dep't of Education*, No. 1:25-cv-02990 — Judge Edgardo Ramos (Obama) of the Southern District of New York a granted a preliminary injunction that prohibits the U.S. Department of Education from cancelling over $1 billion in unspent COVID-19 pandemic funding grants extended past the original deadline by the prior administration.

76. *San Fransisco U.S.D. v. AmeriCorps*, 3:25-cv-02425 — Judge Edward M. Chen (Obama) of the Northern District of California granted a temporary restraining order on March 31 after San Francisco Unified School District sued over actions taken to fire employees and freeze grant funding at AmeriCorps.

77. *Citizens for Responsibility and Ethics in Washington v. U.S. DOGE Service*, 1:25-cv-00511 — Judge Christopher R. Cooper (Obama) of the District of D.C. issued a preliminary injunction on March 10 in a lawsuit against DOGE and Elon Musk regarding compliance with FOIA and the Federal Records Act.

## ELECTIONS

78. *League of United Latin American Citizens v. EOP*, No. 1:25-cv-00946 — Judge Colleen Kollar-Kotelly (Clinton) of the District of D.C. granted a universal injunction on April 24 against Executive Order 14,248, requiring documentary proof of United States citizenship to vote in Federal elections. This case consolidates three suits brought by racial minority associations and by Democrat Party, campaigns, and elected officials.

## DEI-RELATED PROGRAMS

79. *Nat'l Ass'n of Diversity Officers in Higher Educ. v. Trump*, No. 1:25-cv-00333 — Judge Adam B. Abelson (Biden) of the District of Maryland enjoined Trump's order blocking federal funding for DEI programs. On March 14, the Fourth Circuit granted the government's motion for a stay of the preliminary injunction pending appeal.

80. *California v. Department of Education*, No. 1:25-cv-10548 — Judge Myong J. Joun (Biden) of the District of Massachusetts granted a temporary restraining

order blocking Trump's withdrawal of funds to schools teaching DEI. The First Circuit denied a motion for stay pending appeal. On April 4, the Supreme Court granted a stay pending appeal, writing "the Government is likely to succeed in showing the District Court lacked jurisdiction" and that the case may need to be brought in the Court of Federal Claims.

81. *Chicago Women in Trades v. Trump*, No. 1:25-cv-02005 — Senior Judge Matthew F. Kennelly (Clinton) of the Northern District of Illinois entered a temporary restraining order commanding the reinstatement of DEI grants.

82. *Doe 1 v. Office of the Director of National Intelligence*, No. 1:25-cv-00300 — Judge Anthony J. Trenga (G.W. Bush) of the Eastern District of Virginia issued an "administrative stay" against firing DEI employees with CIA and DNI. The court then considered and rejected imposing a TRO to the same effect. On March 31, Judge Trenga granted a preliminary injunction enjoining the defendants. On May 6, defendants filed notice of appeal to the Fourth Circuit.

83. *American Federation of Teachers v. U.S. Department of Education*, No. 1:25-cv-00628 — Judge Stephanie A. Gallagher (Trump) of the District of Maryland enjoined the U.S. Department of Education's February 14, 2025 "Dear Colleague Letter" ending diversity, equity, and inclusion practices in schools by threatening to withhold federal funding from those that refuse to comply.

84. *National Education Association v. US Department of Education*, No. 1:25-cv-00091 — Judge Landya B. McCafferty (Obama) of the District of New Hampshire enjoined the U.S. Department of Education's February 14, 2025 "Dear Colleague Letter" ending diversity, equity, and inclusion practices in schools by threatening to withhold federal funding from those that refuse to comply.

85. *NAACP v. U.S. Department of Education*, No. 1:25-cv-01120 — Judge Dabney L. Friedrich (Trump) of the District of D.C. enjoined the U.S. Department of Education's February 14, 2025 "Dear Colleague Letter" ending diversity, equity, and inclusion practices in schools by threatening to withhold federal funding from those that refuse to comply.

## CERTIFICATE OF COMPLIANCE WITH RULE 32(a)

IT IS HEREBY CERTIFIED:

1.    That the foregoing Brief *Amicus Curiae* of America's Future, *et al.*, in Support of Defendants-Appellants and Reversal contains 1,608 words, excluding the parts of the brief exempted by Rule 32(f).

2.    This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using WordPerfect version 21.0.0.194 in 14-point Times New Roman.

  /s/ *William J. Olson*
William J. Olson
Attorney for *Amici Curiae*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Brief *Amicus Curiae* of America's Future, *et al.*, in Support of Defendants-Appellants and Reversal, was made, this 3rd day of June, 2025, by the Court's Case Management/Electronic Case Files system upon the attorneys for the parties.

    /s/ *William J. Olson*
William J. Olson
Attorney for *Amici Curiae*