# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 25-1348          Short Title: NHICS, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
[see additional sheet] as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ William J. Olson
Signature

June 5, 2025
Date

William J. Olson
Name

William J. Olson, P.C.
Firm Name (if applicable)

703-356-5070
Telephone Number

370 Maple Ave W Ste 4
Address

703-356-5085
Fax Number

Vienna, VA 22180
City, State, Zip Code

wjo@mindspring.com
Email (required)

Court of Appeals Bar Number: 1215768

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

NOTICE OF APPEARANCE FOR AMICUS COUNSEL
ATTACHMENT

Appearance for:

America's Future, Gun Owners of America, Inc., Gun Owners Foundation, Citizens United, Leadership Institute, U.S. Constitutional Rights Legal Defense Fund, and Conservative Legal Defense and Education Fund.