# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348    **Short Title:** New Hampshire Indonesian Community Support, et al. v. Donald J. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>See attached</u> as the

[ ] appellant(s)      [ ] appellee(s)      [✔] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

<u>/s/ James J. Pastore</u>
Signature

<u>James J. Pastore</u>
Name

<u>Debevoise and Plimpton LLP</u>
Firm Name (if applicable)

<u>66 Hudson Blvd E</u>
Address

<u>New York, New York 10001</u>
City, State, Zip Code

<u>June 6, 2025</u>
Date

<u>+1 212-909-6000</u>
Telephone Number

_____
Fax Number

<u>jjpastore@debevoise.com</u>
Email (required)

Court of Appeals Bar Number: <u>1216249</u>

Has this case or any related case previously been on appeal?

[✔] No       [ ] Yes   Court of Appeals No._____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## Amici Curiae Represented

National Association for the Advancement of Colored People
The League of Women Voters
The Equal Justice Society