# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1348          **Short Title:** N.H. Indonesian Cmty. Suppo[r]

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Kristin Collins, Gerald Neuman, and Rachel Rosenbloom _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Douglas E. Lieb _____     6/6/25 _____
Signature                                          Date

Douglas E. Lieb _____
Name

Kaufman Lieb Lebowitz & Frick LLP     212-660-2332 _____
Firm Name (if applicable)                        Telephone Number

18 E. 48th St., Suite 802 _____     646-933-1148 _____
Address                                               Fax Number

New York, NY 10017 _____     dlieb@kllf-law.com _____
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1217516 _____

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-1169, 25-1170 _____

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).