# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348        **Short Title:** N.H. Indonesian et al. v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Secure Families Initiative                                                                as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

s/ Anna M. Baldwin                              6.6.2025
Signature                                        Date

Anna M. Baldwin
Name

Campaign Legal Center                            (202) 736-2200
Firm Name (if applicable)                        Telephone Number

1101 14th St. NW, Ste. 400                       (202) 736-2222
Address                                          Fax Number

Washington, DC 20005                             abaldwin@campaignlegalcenter.org
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1173790

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes    Court of Appeals No. 25-1158, 25-1169, 25-1170, 25-1200

=============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).