# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348    **Short Title:** NHICS v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Black Alliance for Just Immigration; Haitian Bridge Alliance; UndocuBlack Network as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ DeAnna D. Allen
Signature

June 6, 2025
Date

DeAnna D. Allen
Name

Cooley LLP
Firm Name (if applicable)

(202) 842-7800
Telephone Number

1299 Pennsylvania Ave., N.W.
Address

(202) 842-7899
Fax Number

Washington, D.C. 20004
City, State, Zip Code

dallen@cooley.com
Email (required)

Court of Appeals Bar Number: 1217719

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).