# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348        **Short Title:** NHICS v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Black Alliance for Just Immigration; Haitian Bridge Alliance; UndocuBlack Network as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Erinma E. Man
Signature

June 6, 2025
Date

Erinma E. Man
Name

Cooley LLP
Firm Name (if applicable)

(212) 479-6000
Telephone Number

55 Hudson Yards
Address

(212) 479-6275
Fax Number

New York, NY 10001
City, State, Zip Code

eman@cooley.com
Email (required)

Court of Appeals Bar Number: 1217731

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).