# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348          **Short Title:** NHICS v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Black Alliance for Just Immigration; Haitian Bridge Alliance; UndocuBlack Network as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Tsion Gurmu
Signature

06/06/2025
Date

Tsion Gurmu
Name

Black Alliance for Just Immigration
Firm Name (if applicable)

347-383-5496
Telephone Number

1368 Fulton Street, Suite 311
Address

Fax Number

Brooklyn, NY 11216
City, State, Zip Code

Tsion@BAJI.org
Email (required)

Court of Appeals Bar Number: 1217857

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).