# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348    **Short Title:** N.H. Indon. Cmty. v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Originalist Scholars Evan Bernick & Jed H. Shugerman _____ as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Brendan Benedict
Signature

06/06/2025
Date

Brendan Benedict
Name

Benedict Law Group PLLC
Firm Name (if applicable)

(212) 287-9501
Telephone Number

515 Madison Avenue, 31st Floor
Address

_____
Fax Number

New York, NY 10022
City, State, Zip Code

brendan@benedictlawgroup.com
Email (required)

Court of Appeals Bar Number: 1199130

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes    Court of Appeals No. 25-1158; 25-1169; 25-1170; 25-1200

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).