# United States Court of Appeals
## For the First Circuit

_____

No. 25-1348

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; MAKE THE ROAD NEW YORK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States, in their official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of the U.S. Department of State; U.S. DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in their official capacity as Secretary of the U.S. Department of Agriculture; CENTERS FOR MEDICARE AND MEDICAID SERVICES; MEHMET OZ, in their official capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants - Appellants.
_____

### ORDER OF COURT

Entered: June 9, 2025
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellees New Hampshire Indonesian Community Support, League of United Latin American Citizens, and Make the Road New York on May 30, 2025, is not in compliance with the following Federal Rule of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)). ***The caption on the appellees' brief does not match the caption used by this court.***

Appellees New Hampshire Indonesian Community Support, League of United Latin American Citizens, and Make the Road New York are ordered to file a conforming brief by **June 16, 2025**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellants' reply brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Sharon Swingle, Eric Dean McArthur, Mark R. Freeman, Drew C. Ensign, Bradley Hinshelwood, Brad P. Rosenberg, Derek Weiss, Lee Gelernt, Gilles R. Bissonnette, Zachary Heiden, Omar C. Jadwat, Carol J. Garvan, Adriana Lafaille, Cody H. Wofsy, Henry R. Klementowicz, SangYeob Kim, Spencer Elijah Wittmann Amdur, Grace Choi, Hannah Schoen Steinberg, Chelsea Eddy, Ashley Michelle Burrell, Ayomide Odunsi, Elizabeth Grace Caldwell, Morenike Fajana, Noor Zafar, Stephen Kang, Norman Larry Eisen, Henry C. Quillen, Richard J. Lehmann, Brenna Bird, Steve Marshall, Tim Griffin, John Matthew Guard, Raúl R. Labrador, Theodore E. Rokita, Kris Kobach, Elizabeth B. Murrill, Lynn Fitch, Andrew Bailey, Austin Knudsen, Michael T. Hilgers, Drew H. Wrigley, Gentner F. Drummond, Alan Wilson, Marty Jackley, Derek Edwin Brown, Bridget Hill, Matt A. Crapo, Christopher J. Hajec, Gabriel R. Canaan, Jonathan Hacker, Bethany Yue Ping Li, Susan McMahon, Jessica Levin, Melissa Lee, Robert Seungchul Chang, Indra Neel Chatterjee, Ari Cuenin, Judd E. Stone II, William J. Olson, Jeremiah Morgan, Owen Richard Wolfe, Lori Chen, Wendy Mengwen Feng