# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348　　　　**Short Title:** New Hampshire Indonesian Co

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, MAKE THE ROAD NEW YORK　as the

[ ] appellant(s)　　　　[✔] appellee(s)　　　　[ ] amicus curiae

[ ] petitioner(s)　　　　[ ] respondent(s)　　　　[ ] intervenor(s)

/s/ Ashley Burrell　　　　　　　　　　06/09/2025
Signature　　　　　　　　　　　　　　Date

Ashley Burrell
Name

NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.　　(212) 965-2200
Firm Name (if applicable)　　　　　　　　　　　　　Telephone Number

40 Rector Street, 5th Floor　　　　　　(212) 226-7592
Address　　　　　　　　　　　　　　　Fax Number

New York, NY 10006　　　　　　　　　aburrell@naacpldf.org
City, State, Zip Code　　　　　　　　　Email (required)

Court of Appeals Bar Number: 1216634

Has this case or any related case previously been on appeal?

[✔] No　　　　[ ] Yes　Court of Appeals No. _____

==============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print　　　　Reset