# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348        **Short Title:** New Hampshire Indonesian C(

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, MAKE THE ROAD NEW YORK   as the

[ ] appellant(s)         [✔] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Elizabeth Caldwell
Signature

06/09/2025
Date

Elizabeth Caldwell
Name

NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
Firm Name (if applicable)

(212) 965-2200
Telephone Number

40 Rector Street, 5th Floor
Address

(212) 226-7592
Fax Number

New York, NY 10006
City, State, Zip Code

bcaldwell@naacpldf.org
Email (required)

Court of Appeals Bar Number: 1190161

Has this case or any related case previously been on appeal?

[✔] No         [ ] Yes    Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print        Reset