# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348            **Short Title:** New Hampshire Indonesian Co

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, MAKE THE ROAD NEW YORK   as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Morgan Elle Humphrey
Signature

06/09/2025
Date

Morgan Elle Humphrey
Name

NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
Firm Name (if applicable)

(202) 682-1300
Telephone Number

700 14th St NW, Suite 600
Address

(202) 682-1312
Fax Number

Washington, DC 20005
City, State, Zip Code

mhumphrey@naacpldf.org
Email (required)

Court of Appeals Bar Number: 1216640

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset