# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348     **Short Title:** New Hampshire Indonesian Community Support, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Immigration Lawyers Association                                         as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Jonathan T. Weinberg          6/09/2025
Signature                          Date

Jonathan T. Weinberg
Name

_____           313-577-3933
Firm Name (if applicable)          Telephone Number

471 W. Palmer Avenue              _____
Address                            Fax Number

Detroit, MI 48202                  weinberg@wayne.edu
City, State, Zip Code              Email (required)

Court of Appeals Bar Number: 1188309

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes     Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

[Print]     [Reset]