# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348     **Short Title:** NHICS v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Scholars of Constitutional Law and Immigration _____ as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)   [ ] intervenor(s)

/s/ Brianne J. Gorod     6/6/25
Signature                Date

Brianne J. Gorod
Name

Constitutional Accountability Center     202-296-2889
Firm Name (if applicable)                Telephone Number

1200 18th St NW, Suite 501               _____
Address                                  Fax Number

Washington, DC 20036                     brianne@theusconstitution.org
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1158151

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).