## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 26.1, Appellees state that they do not have parent corporations. No publicly held corporation owns 10 percent or more of any stake or stock in any of the Appellees.