## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Appellate Procedure 26.1 and 29(a)(4)(a), *amici curiae* the Black Alliance for Just Immigration, the Haitian Bridge Alliance, and the UndocuBlack Network each has no parent corporation and issues no stock.