# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348     **Short Title:** New Hampshire Indonesian Community Support, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>Historians Martha S. Jones and Kate Masur</u> as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

<u>/s/ Richard B. Kendall</u>
Signature

<u>June 11, 2025</u>
Date

<u>Richard B. Kendall</u>
Name

<u>Kendall Brill & Kelly LLP</u>
Firm Name (if applicable)

<u>310-556-2700</u>
Telephone Number

<u>10100 Santa Monica Blvd., Ste. 2500</u>
Address

<u>310-556-2705</u>
Fax Number

<u>Los Angeles, CA 90067</u>
City, State, Zip Code

<u>rkendall@kbkfirm.com</u>
Email (required)

Court of Appeals Bar Number: <u>1217642</u>

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).