## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, amicus curiae Secure Families Initiative states that it is a non-profit organization that does not have owners. As such, there is no corporation that owns stock in SFI.

Date: June 6, 2025

s/ Anna M. Baldwin
Attorney for *Amicus Curiae*
Secure Families Initiative