# United States Court of Appeals
## For the First Circuit

_____

No. 25-1348

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; MAKE THE ROAD NEW YORK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States, in their official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of the U.S. Department of State; U.S. DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in their official capacity as Secretary of the U.S. Department of Agriculture; CENTERS FOR MEDICARE AND MEDICAID SERVICES; MEHMET OZ, in their official capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants - Appellants.

_____

**ORDER OF COURT**

Entered: June 13, 2025
Pursuant to 1st Cir. R. 27.0(d)

On June 6, 2025, Secure Families Initiative filed a brief as proposed amici curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amicus brief must be filed no later than **June 20, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Sharon Swingle, Eric Dean McArthur, Mark R. Freeman, Drew C. Ensign, Bradley Hinshelwood, Derek Weiss, Lee Gelernt, Gilles R. Bissonnette, Zachary Heiden, Omar C. Jadwat, Carol J.

Garvan, Adriana Lafaille, Cody H. Wofsy, Henry R. Klementowicz, SangYeob Kim, Spencer Elijah Wittmann Amdur, Grace Choi, Hannah Schoen Steinberg, Chelsea Eddy, Ashley Michelle Burrell, Ayomide Odunsi, Elizabeth Grace Caldwell, Morenike Fajana, Morgan Elle Humphrey, Noor Zafar, Stephen Kang, Jeffrey T. Dana, Adam N. Cederbaum, Jonathan Benjamin Miller, Henry C. Quillen, Richard J. Lehmann, Brenna Bird, Steve Marshall, Tim Griffin, John Matthew Guard, Raul R. Labrador, Theodore E. Rokita, Kris Kobach, Elizabeth B. Murrill, Lynn Fitch, Andrew Bailey, Austin Knudsen, Michael T. Hilgers, Drew H. Wrigley, Gentner F. Drummond, Alan Wilson, Marty Jackley, Derek Edwin Brown, Bridget Hill, Matt A. Crapo, Jonathan Hacker, Bethany Yue Ping Li, Susan McMahon, Jessica Levin, Melissa Lee, Robert Seungchul Chang, Indra Neel Chatterjee, Ari Cuenin, Judd E. Stone II, William J. Olson, Jeremiah Morgan, Owen Richard Wolfe, Lori Chen, Wendy Mengwen Feng, Aristides Hadjipanteli, DeAnna Allen, Nachiketa Baru, Erinma Man, Kristen Adrina Johnson, Tsion Gurmu, Brendan Colin Benedict, Douglas Edward Lieb, Jonathan Weinberg, Douglas Jensen, Richard B. Kendall, James J. Pastore Jr., Chester S. Dubov, Natalie Tsang, Stephanie De Marisco Thomas, Anna Marks Baldwin, Danielle Marie Lang, Brianne J. Gorod