# United States Court of Appeals
## For the First Circuit

No. 25-1348

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; MAKE THE ROAD NEW YORK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States, in their official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of the U.S. Department of State; U.S. DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in their official capacity as Secretary of the U.S. Department of Agriculture; CENTERS FOR MEDICARE AND MEDICAID SERVICES; MEHMET OZ, in their official capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants - Appellants.

### CALENDARING NOTICE

Issued: June 17, 2025

This case is presently scheduled to be called for oral argument on **Friday, August 1, 2025, at 3:00 p.m. in Boston, MA** in the Panel Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause.

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral

argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.** When entering the building, counsel must comply with the COVID-19 screening procedures applicable to the Moakley Courthouse, which can be found here: [GENERAL ORDER 22-1.](#)

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
DeAnna Allen
Spencer Elijah Wittmann Amdur
Andrew Bailey
Anna Marks Baldwin
Nachiketa Baru
Brendan Colin Benedict
Brenna Bird
Gilles R. Bissonnette
Derek Edwin Brown
Ashley Michelle Burrell
Elizabeth Grace Caldwell
Adam N. Cederbaum
Robert Seungchul Chang
Indra Neel Chatterjee

Lori Chen
Grace Choi
Matt A. Crapo
Ari Cuenin
Jeffrey T. Dana
Gentner F. Drummond
Chester S. Dubov
Chelsea Eddy
Drew C. Ensign
Morenike Fajana
Wendy Mengwen Feng
Lynn Fitch
Mark R. Freeman
Carol J. Garvan
Lee Gelernt
Brianne J. Gorod
Tim Griffin
John Matthew Guard
Tsion Gurmu
Jonathan Hacker
Aristides Hadjipanteli
Zachary Heiden
Michael T. Hilgers
Bridget Hill
Bradley Hinshelwood
Morgan Elle Humphrey
Marty Jackley
Omar C. Jadwat
Douglas Jensen
Kristen Adrina Johnson
Stephen Kang
Richard B. Kendall
SangYeob Kim
Henry R. Klementowicz
Austin Knudsen
Kris Kobach
Raul R. Labrador
Adriana Lafaille
Danielle Marie Lang
Melissa Lee
Richard J. Lehmann
Jessica Levin
Bethany Yue Ping Li
Douglas Edward Lieb
Erinma Man
Steve Marshall

Eric Dean McArthur
Susan McMahon
Jonathan Benjamin Miller
Jeremiah Morgan
Elizabeth B. Murrill
Ayomide Odunsi
William J. Olson
James J. Pastore Jr.
Henry C. Quillen
Theodore E. Rokita
Hannah Schoen Steinberg
Judd E. Stone II
Sharon Swingle
Stephanie De Marisco Thomas
Natalie Tsang
Jonathan Weinberg
Derek Weiss
Alan Wilson
Cody H. Wofsy
Owen Richard Wolfe
Drew H. Wrigley
Noor Zafar