No. 25-1348

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; MAKE THE ROAD NEW YORK,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, President of the United States, in the officials capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of the U.S. Department of State; U.S. DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINGS, in their official capacity as Secretary of the U.S. Department of Agriculture; CENTERS FOR MEDICARE AND MEDICAID SERVICES; MEHMET OZ, in their official capacity as Administrator of the Centers for Medicare and Medicaid Services,

*Defendants-Appellants.*

On Appeal from the United States District Court for the District of New Hampshire, Civil Action No. 1:25-cv-00038-JL-TSM

## MOTION FOR EXTENSION OF TIME TO FILE NINE PAPER COPIES OF BRIEF OF *AMICI CURIAE* LOCAL GOVERNMENTS AND LOCAL GOVERNMENT OFFICIALS IN SUPPORT OF APPELLEES

**COMES NOW**, *Amici Curiae* Local Governments and Local Government Officials, requesting that this Court extend the time for filing the nine paper copies of their amicus brief until June 23, 2025, and as grounds state as follows:

1. On Tuesday, June 17, at 4:28 PM, counsel for *amici curiae* Local Governments and Local Government Officials filed a corrected amicus brief (the "amicus brief") with a corrected caption page.

2. On Tuesday, June 17 at 5:08 PM, the Court entered the amicus brief into the record and ordered nine identical copies to be submitted on or before June 20, 2025.

3. On Wednesday morning, June 18, counsel for *amici curiae* caused nine identical copies of the amicus brief to be printed and subsequently shipped via FedEx to the First Circuit Court of Appeals address at 1 Courthouse Way, Boston, Massachusetts, 02210.

4. At 1:06PM on Thursday, June 19, according to information provided by FedEx through its package tracking system, FedEx's attempted delivery of the amicus brief failed due to federal holiday closure of the Court.

5. At 1:16 PM on Friday, June 20, according to information provided by FedEx, FedEx's attempted delivery of the amicus brief failed due to location security restrictions.

6. Counsel for *amici curiae* has made attempts to contact FedEx to determine whether another effort to deliver the briefs before today's deadline is possible, but these attempts have been unsuccessful.

7. Accordingly, counsel for *amici curiae* requests additional time to submit the paper copies of the amicus briefs to the Court.

8. This motion is made in good faith and not for the purpose of delay.

**WHEREFORE**, undersigned counsel requests this Court grant *Amici Curiae* Local Governments and Local Government Officials' motion for an extension of time to deliver paper copies of the brief until June 23, 2025.

Dated: June 20, 2025

Respectfully submitted,

*/s/ Jonathan B. Miller*
Jonathan B. Miller
PUBLIC RIGHTS PROJECT
490 43rd Street, #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                              */s/ Jonathan B. Miller*
                                              Jonathan B. Miller

Dated: June 20, 2025