# United States Court of Appeals
## For the First Circuit

No. 25-1348

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; MAKE THE ROAD NEW YORK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States, in their official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of the U.S. Department of State; U.S. DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in their official capacity as Secretary of the U.S. Department of Agriculture; CENTERS FOR MEDICARE AND MEDICAID SERVICES; MEHMET OZ, in their official capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants - Appellants.

### ORDER OF COURT

Entered: June 24, 2025
Pursuant to 1st Cir. R. 27.0(d)

Amici Curiae Gabriel Jackson Chin, Paul Finkelman and Erika Lee are presently in default for failure to submit paper copies of the amicus brief filed on June 17, 2025. Amici Curiae Gabriel Jackson Chin, Paul Finkelman and Erika Lee are ordered to submit paper copies of the brief on or before **June 26, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
DeAnna Allen, Spencer Elijah Wittmann Amdur, Anna Marks Baldwin, Nachiketa Baru, Brendan Colin Benedict, Gilles R. Bissonnette, Ashley Michelle Burrell, Elizabeth Grace

Caldwell, Adam N. Cederbaum, Robert Seungchul Chang, Indra Neel Chatterjee, Lori Chen, Grace Choi, Matt A. Crapo, Ari Cuenin, Jeffrey T. Dana, Chester S. Dubov, Chelsea Eddy, Drew C. Ensign, Morenike Fajana, Wendy Mengwen Feng, Mark R. Freeman, Carol J. Garvan, Lee Gelernt, Brianne J. Gorod, Tsion Gurmu, Jonathan Hacker, Aristides Hadjipanteli, Zachary Heiden, Bradley Hinshelwood, Morgan Elle Humphrey, Omar C. Jadwat, Douglas Jensen, Kristen Adrina Johnson, Stephen Kang, Richard B. Kendall, SangYeob Kim, Henry R. Klementowicz, Adriana Lafaille, Danielle Marie Lang, Melissa Lee, Richard J. Lehmann, Jessica Levin, Bethany Yue Ping Li, Douglas Edward Lieb, Erinma Man, Eric Dean McArthur, Susan McMahon, Jonathan Benjamin Miller, Jeremiah Morgan, Ayomide Odunsi, William J. Olson, James J. Pastore Jr., Henry C. Quillen, Alan Seewald, Hannah Schoen Steinberg, Judd E. Stone II, Sharon Swingle, Stephanie De Marisco Thomas, Natalie Tsang, Jonathan Weinberg, Derek Weiss, Cody H. Wofsy, Owen Richard Wolfe, Noor Zafar