IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NEW HAMPSHIRE INDONESIAN
COMMUNITY SUPPORT, et al.,
    *Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, President of the United
States, in their official capacity, et al.,
    *Defendants-Appellants.*

No. 25-1348

## MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE

Pursuant to 1st Cir. R. 12.0(a), defendants-appellants seek leave for Eric D. McArthur to file a notice of appearance on their behalf. In support of this motion, the government states the following:

1. On June 17, 2025, this Court calendared this appeal for oral argument on August 1, 2025. The argument is scheduled for the same time as argument in the related cases *Doe v. Trump* (No. 25-1169) and *New Jersey v. Trump* (No. 25-1170), involving the same Executive Order.

2. Deputy Assistant Attorney General Eric D. McArthur has appeared in the *Doe* and *New Jersey* cases and plans to present oral argument on behalf of the government in those cases. Deputy Assistant Attorney General McArthur also appeared on the government's opening brief in this case, though an appearance form was not filed at that time. Because this case presents similar merits issues, he

plans to present oral argument on behalf of the government in this case as well. Accordingly, the government respectfully seeks leave for him to file a notice of appearance. The notice of appearance is attached.

## CONCLUSION

For these reasons, defendants-appellants respectfully request leave for Deputy Assistant Attorney General McArthur to file a notice of appearance on their behalf.

Respectfully submitted,

/s/ Eric D. McArthur
ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
BRAD HINSHELWOOD
DEREK WEISS
  *Attorneys*

*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
*(202) 557-0128*

JUNE 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Times New Roman 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 210 words, according to the word count of Microsoft Word.

                                         */s/ Eric D. McArthur*
                                         ERIC D. MCARTHUR