# E-Brief Screening Checklist for Reply Brief

CALENDARED M/D/YY

| | |
|---|---|
| Case Number: 25-1348 | Party: Centers for Medicare and Medicaid Services, et al. |
| File Date: 6/30/25 | Due Date: 6/30/25   Case Manager: Ashley C.   Screened By: Nicholas |

☐ Filer's Name NOT Typed or Written Where Signature Would Appear on Brief   ☐ Scanned PDF   ☐ Not Filed as Single PDF

Is a notice of appearance (or appointment order) on the docket for the attorney who filed the brief?
✓ Yes   ☐ No, an appearance form is needed for:

Are all attorneys listed on the brief also listed on the docket?
☐ Yes   ✗ No, the following attorneys need to be added: Assistant AG Brett A. Shumate

| BRIEF REQUIREMENTS | | Included/Compliant | Missing/Deficient | N/A | Comments |
|---|---|---|---|---|---|
| Case Number | Fed. R. App. P. 32(a)(2)(A) | ✓ | | | |
| Name of Court | Fed. R. App. P. 32(a)(2)(B) | ✓ | | | |
| Title of Case (XX v. XX) | Fed. R. App. P. 32(a)(2)(C) | ✓ | | | |
| Nature of Proceeding & Court Below | Fed. R. App. P. 32(a)(2)(D) | ✓ | | | |
| Title of Brief Identifying Filer(s) | Fed. R. App. P. 32(a)(2)(E) | ✓ | | | |
| Counsel's Address & Phone Number | Fed. R. App. P. 32(a)(2)(F) | ✓ | | | |
| Disclosure Statement | Fed. R. App. P. 28(a)(1) N/A | | | ✓ | |
| Table of Contents | Fed. R. App. P. 28(a)(2) | ✓ | | | |
| Table of Authorities | Fed. R. App. P. 28(a)(3) | ✓ | | | |
| Jurisdictional Statement | Fed. R. App. P. 28(a)(4) N/A | | | ✓ | |
| Statement of the Issues | Fed. R. App. P. 28(a)(5) N/A | | | ✓ | |
| Statement of the Case | Fed. R. App. P. 28(a)(6) N/A | | | ✓ | |
| Summary of the Argument | Fed. R. App. P. 28(a)(7) N/A | | | ✓ | |
| Argument/Standard of Review | Fed R. App. P. 28(a)(8) N/A | ✓ | | | |
| Conclusion | Fed. R. App. P. 28(a)(9) N/A | ✓ | | | |
| Typeface | Fed. R. App. P. 32(a)(5) | ✓ | | | ✓ 14-pt Proportional   ☐ 12-pt Monospaced |
| Length | Fed. R. App. P. 32(a)(7) | ✓ | | | Total: 26 Pages |
| Certificate of Compliance | Fed. R. App. P. 32(g)(1) | ✓ | | | Total: 6,497   ✓ Words   ☐ Lines |
| Proof of Service | Fed. R. App. P. 25(d) | ✓ | | | Date: 6/30/25   Served by ECF |
| Addendum | 1st Cir. R. 28.0 N/A | | | ✓ | |
| ☐ Table of Contents | | | | | |
| ☐ Judgment | | | | | |
| ☐ Order(s)/Decision(s) Appealed | | | | | |
| ☐ Report & Recommendation (if applicable) | | | | | |
| ☐ Transcript of Oral Decision by IJ | | | | | |

Additional Comments:

Diacritical Accent Marks in Filer's Name (only for persons, not entities)

⦿ N/A (Brief doesn't include accent marks in filer's name)
◯ Brief has same accent marks as noted at case opening re filer's name
◯ Brief has accent mark not previously noted re filer's name