

**Cody Wofsy**
Deputy Director
Immigrants' Rights Project
ACLU National Legal Department

July 23, 2025

The Honorable Anastasia Dubrovsky
Clerk, U.S. Court of Appeals for the First Circuit
1 Courthouse Way
Boston, MA 02210

    Re:   *New Hampshire Indonesian Community Support v. Trump*, No. 25-01348

Dear Ms. Dubrovsky:

    Pursuant to Rule 28(j), Plaintiffs write to bring to the Court's attention *Barbara v. Trump*, --- F. Supp. 3d ---, 2025 WL 1904338 (D.N.H. July 10, 2025). In *Barbara*, the district court provisionally certified a class of all children subject to the executive order at issue here, and preliminarily enjoined any enforcement of it against the class. *Id*. at *16. While the court stayed its order for seven days to permit the government to seek a stay from this Court, *see id.*, that period has elapsed and the government has neither appealed nor sought a stay in *Barbara*.

                        Sincerely,

                        /s/ Cody Wofsy
                        Cody Wofsy
                        Deputy Director
                        American Civil Liberties Union,
                          Immigrants' Rights Project



## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing letter complies within the type-volume limitations of Fed. R. App. P. 28(j) because the body contains 99 words. This letter also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)(A) because this letter was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Dated: July 23, 2025               /s/ Cody Wofsy
                                   Cody Wofsy

425 California St, 7th Floor, San Francisco, CA 94104 | cwofsy@aclu.org | 415-343-0785