

**Cody Wofsy**
Deputy Director
Immigrants' Rights Project
ACLU National Legal Department

July 24, 2025

The Honorable Anastasia Dubrovsky
Clerk, U.S. Court of Appeals for the First Circuit
1 Courthouse Way
Boston, MA 02210

    Re:    *New Hampshire Indonesian Community Support v. Trump*, No. 25-01348
           Rule 28(j) Letter regarding *Washington v. Trump*, --- F.4th --- (9th Cir. July 23, 2025)

Dear Ms. Dubrovsky:

    In *Washington v. Trump*, the Ninth Circuit affirmed an injunction against the executive order at issue here. The Court held the order violated both the Citizenship Clause and 8 U.S.C. § 1401. Slip Op. 18-40. *Washington*'s analysis supports Plaintiffs' arguments overall and in numerous specific respects, including its emphasis on *Wong Kim Ark*'s adoption of the analysis in *The Schooner Exchange v. McFaddon*, 11 U.S. 116 (1812). *See* Slip Op. 22-23; Appellees' Br. 14, 21-24. The Court likewise rejected the government's effort to rely on the circumstances of Native Americans to deny citizenship under the order, noting "the unique position of the Tribes" and that *Wong Kim Ark* expressly limited *Elk* to Native Americans. Slip Op. 23-24; Appellees' Br. 17-18, 28-30. Finally, the Court rejected the attempt to read a domicile requirement into the Citizenship Clause, concluding it "finds no basis in the text of the Citizenship Clause or its interpreting precedent." *See* Slip Op. 26-27; Appellees' Br. 20-24.

425 California St, 7th Floor, San Francisco, CA 94104 | cwofsy@aclu.org | 415-343-0785



Sincerely,

/s/ Cody Wofsy
Cody Wofsy
Deputy Director
American Civil Liberties Union,
  Immigrants' Rights Project



## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing letter complies within the type-volume limitations of Fed. R. App. P. 28(j) because the body contains 159 words. This letter also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)(A) because this letter was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Dated: July 24, 2025                         /s/ Cody Wofsy
                                             Cody Wofsy

425 California St, 7th Floor, San Francisco, CA 94104 | cwofsy@aclu.org | 415-343-0785