

**Cody Wofsy**
Deputy Director
Immigrants' Rights Project
ACLU National Legal Department

August 22, 2025

The Honorable Anastasia Dubrovsky
Clerk, U.S. Court of Appeals for the First Circuit
1 Courthouse Way
Boston, MA 02210

    Re:    *New Hampshire Indonesian Community Support v. Trump*, No. 25-01348
           Notice of Defendant-Appellants' Position

Dear Ms. Dubrovsky:

    Pursuant to Rule 28(j), Plaintiff-Appellees write to inform the Court of Defendants' representation in the *Washington v. Trump* litigation that "the Solicitor General plans to seek certiorari expeditiously to enable the Supreme Court to settle the lawfulness of the Citizenship Order next Term, but he has not yet determined which case or combination of cases to take to the Court."

    A copy of the status report is attached to this notice.

                            Sincerely,

                            /s/ Cody Wofsy
                            Cody Wofsy
                            Deputy Director
                            Immigrants' Rights Project
                            American Civil Liberties Union



## CERTIFICATE OF COMPLIANCE

    I hereby certify that the foregoing letter complies within the type-volume limitations of Fed. R. App. P. 28(j) because the body contains 71 words. This letter also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)(A) because this letter was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

## CERTIFICATE OF SERVICE

    I hereby certify that on August 22, 2025, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Dated: August 22, 2025    /s/ Cody Wofsy
Cody Wofsy