The Honorable Judge John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   Defendants. | NO. 2:25-cv-00127-JCC<br><br>JOINT STATUS REPORT |

JOINT STATUS REPORT –
No. 2:25-cv-00127-JCC

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

Pursuant to the Court's minute order of February 7, 2025 (Dkt. No. 118), the parties respectfully submit this joint status report. The Court issued a preliminary injunction on February 6, 2025, prohibiting Defendants from enforcing or implementing the Executive Order entitled "Protecting the Meaning and Value of American Citizenship" on a nationwide basis. Dkt. No. 114. Defendants appealed the preliminary injunction and sought partial stays of the injunction from this Court, the Ninth Circuit, and the Supreme Court. Following the Supreme Court's decision on Defendants' application for a partial stay, *see Trump v. CASA, Inc.*, 606 U.S. ___, No. 24A885, 2025 WL 1773631 (June 27, 2025), the Ninth Circuit called for supplemental briefing, which the parties provided. On July 23, 2025, the Ninth Circuit issued its opinion affirming this Court's preliminary injunction. *See* Dkt. Nos. 147, 150.

In light of the Ninth Circuit's decision, Defendants represent that the Solicitor General plans to seek certiorari expeditiously to enable the Supreme Court to settle the lawfulness of the Citizenship Order next Term, but he has not yet determined which case or combination of cases to take to the Court. Because Defendants are currently considering whether to seek further review of this Court's preliminary injunction, the parties propose updating the Court through an additional status report when those appellate proceedings conclude, or through an appropriate motion should they determine that further proceedings before this Court are necessary.

DATED this 6th day of August 2025.

| | |
|---|---|
| NICHOLAS W. BROWN<br>Attorney General<br><br>*s/ Lane M. Polozola*<br>COLLEEN M. MELODY, WSBA #42275<br>Civil Rights Division Chief<br>LANE POLOZOLA, WSBA #50138<br>DANIEL J. JEON, WSBA #58087<br>ALYSON DIMMITT GNAM, WSBA #48143<br>Assistant Attorneys General<br>Wing Luke Civil Rights Division<br>Office of the Washington State Attorney General<br>800 Fifth Avenue, Suite 2000 | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Branch Director<br><br>BRAD P. ROSENBERG<br>Special Counsel |

JOINT STATUS REPORT –
No. 2:25-cv-00127-JCC

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | | |
|---|---|---|
| 1 | Seattle, WA 98104-3188<br>(206) 464-7744 | /s/ Kathleen C. Jacobs<br>KATHLEEN C. JACOBS |
| 2 | colleen.melody@atg.wa.gov<br>lane.polozola@atg.wa.gov | (TX Bar No. 24091154)<br>R. CHARLIE MERRITT |
| 3 | daniel.jeon@atg.wa.gov<br>alyson.dimmittgnam@atg.wa.gov | U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| 4 | | 1100 L Street, NW |
| 5 | *Attorneys for Plaintiff State of Washington* | Washington, DC 20005<br>Phone: 202-598-7615 |
| 6 | KRIS MAYES<br>*Attorney General of Arizona* | Fax: 202-616-8460<br>Email: kathleen.c.jacobs@usdoj.gov |
| 7 | s/ Joshua Bendor | *Attorneys for Defendants* |
| 8 | Joshua D. Bendor (AZ No. 031908)*<br>Luci D. Davis (AZ No. 035347)* | |
| 9 | Office of the Arizona Attorney General<br>Firm State Bar No. 14000 | |
| 10 | 2005 N. Central Ave.<br>Phoenix, AZ 85004 | |
| 11 | (602) 542-3333<br>Joshua.Bendor@azag.gov | |
| 12 | Luci.Davis@azag.gov<br>ACL@azag.gov | |
| 13 | *Pro hac vice* | |
| 14 | *Attorneys for Plaintiff State of Arizona* | |
| 15 | KWAME RAOUL<br>*Attorney General, State of Illinois* | |
| 16 | s/ Rebekah Newman | |
| 17 | REBEKAH NEWMAN, ARDC #6327372*<br>Assistant Attorney General | |
| 18 | Special Litigation Bureau<br>Office of the Illinois Attorney General | |
| 19 | 115 South LaSalle St., Floor 35<br>Chicago, IL 60603 | |
| 20 | Tel. (773) 590-6961<br>rebekah.newman@ilag.gov | |
| 21 | *Pro hac vice* | |
| 22 | *Attorneys for Plaintiff State of Illinois* | |
| 23 | DAN RAYFIELD<br>*Attorney General, State of Oregon* | |
| 24 | /s/Carla A. Scott | |
| 25 | CARLA A. SCOTT, WSBA #39947<br>THOMAS H. CASTELLI, OSB #226448* | |
| 26 | Senior Assistant Attorneys General<br>Oregon Department of Justice | |

JOINT STATUS REPORT – 
No. 2:25-cv-00127-JCC

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | 100 SW Market Street |
| | Portland, OR 97201 |
| 2 | (971) 673-1880 |
| | Carla.A.Scott@doj.oregon.gov |
| 3 | Thomas.Castelli@doj.oregon.gov |
| 4 | *Pro hac vice* |
| | *Attorneys for Plaintiff State of Oregon* |
| 5 | |
| 6 | NORTHWEST IMMIGRANT |
| | RIGHTS PROJECT |
| 7 | |
| | *s/ Matt Adams* |
| 8 | Matt Adams, WSBA #28287 |
| | matt@nwirp.org |
| 9 | |
| | *s/ Leila Kang* |
| 10 | Leila Kang, WSBA #48048 |
| | leila@nwirp.org |
| 11 | |
| | *s/ Glenda M. Aldana Madrid* |
| 12 | Glenda M. Aldana Madrid, WSBA #46987 |
| | glenda@nwirp.org |
| 13 | |
| | *s/ Aaron Korthuis* |
| 14 | Aaron Korthuis, WSBA #53974 |
| | aaron@nwirp.org |
| 15 | |
| 16 | NORTHWEST IMMIGRANT |
| | RIGHTS PROJECT |
| 17 | 614 Second Avenue, Suite 400 |
| | Seattle, WA 98104 |
| 18 | (206) 957-8611 |
| 19 | *Attorneys for Individual Plaintiffs and Proposed Class Members* |

JOINT STATUS REPORT –     3     ATTORNEY GENERAL OF WASHINGTON
No. 2:25-cv-00127-JCC                                      Civil Rights Division
                                                                        800 Fifth Avenue, Suite 2000
                                                                        Seattle, WA 98104-3188
                                                                                (206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United State District Court using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 6th day of August 2025 in Seattle, Washington.

*s/ Anna Alfonso*
Anna Alfonso
Paralegal

JOINT STATUS REPORT –
No. 2:25-cv-00127-JCC

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744