

**Cody Wofsy**
Deputy Director
Immigrants' Rights Project
ACLU National Legal Department

October 1, 2025

The Honorable Anastasia Dubrovsky
Clerk, U.S. Court of Appeals for the First Circuit
1 Courthouse Way
Boston, MA 02210

    Re:   *New Hampshire Indonesian Community Support v. Trump*, No. 25-1348 (Argument held August 1, 2025)
Rule 28(j) Letter Regarding Defendant-Appellants' Petitions for Writs of Certiorari

Dear Ms. Dubrovsky:

    Pursuant to Rule 28(j), Plaintiff-Appellees write to inform this Court that Defendant-Appellants have petitioned the Supreme Court for review in two challenges to the Executive Order at issue here, specifically for a writ of certiorari before judgment in *Barbara* v. *Trump*, No. 25-1861 (1st Cir. filed Sept. 10, 2025), and a writ of certiorari in *Washington v. Trump*, --- F.4th --- (9th Cir. July 23, 2025). The plaintiff class in *Barbara* is represented by the same counsel as in this case. This Court recently set a briefing schedule in *Barbara*, but no briefs have yet been submitted, and Defendant-Appellants have moved to hold that case in abeyance. A copy of the *Barbara* petition is attached to this notice. Petition for Writ of Certiorari Before Judgment, *Trump v. Barbara*, No. 25-365 (U.S. Sept. 26, 2025) ("Pet.").

    Notably, Defendant-Appellants have asked the Supreme Court to "grant these petitions to enable the issue to be decided this Term." Pet. at 31. In so doing, they argue that "waiting for the court of appeals to consider *Barbara* is unlikely to assist th[e] [Supreme] Court, as the First Circuit is more likely to explain its views of the merits in other appeals that have already been argued." *Id.* The petitions thus contemplate that the Supreme Court will have the benefit of an opinion from this Court in the instant case and the others argued alongside it.



Sincerely,

/s/ Cody Wofsy
Cody Wofsy
Deputy Director
American Civil Liberties Union,
Immigrants' Rights Project

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing letter complies within the type-volume limitations of Fed. R. App. P. 28(j) because the body contains 231 words. This letter also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)(A) because this letter was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Dated: October 1, 2025                                    /s/ Cody Wofsy
                                                          Cody Wofsy

425 California St, 7th Floor, San Francisco, CA 94104 | cwofsy@aclu.org | 415-343-0785