# United States Court of Appeals
## For the First Circuit

_____

No. 25-1348

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT; LEAGUE OF UNITED
LATIN AMERICAN CITIZENS; MAKE THE ROAD NEW YORK,

Plaintiffs, Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S.
DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as
Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF STATE;
MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State; U.S.
DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in her official capacity as
Secretary of the U.S. Department of Agriculture; CENTERS FOR MEDICARE AND
MEDICAID SERVICES; MEHMET OZ, in his official capacity as Administrator of the Centers
for Medicare and Medicaid Services,

Defendants, Appellants.

_____

**JUDGMENT**

Entered: October 3, 2025

This cause came on to be heard on appeal from the United States District Court for the
District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The
District Court's preliminary injunction is affirmed in part and vacated in part, and the matter is
remanded for further consideration consistent with the opinion issued this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Joseph N. Laplante, Tracy Uhrin, Clerk, United States District Court for the District of
New Hampshire, Sharon Swingle, Eric Dean McArthur, Mark R. Freeman, Drew C. Ensign,
Bradley Hinshelwood, Derek Weiss, Lee Gelernt, Gilles R. Bissonnette, Zachary Heiden, Omar
C. Jadwat, Carol J. Garvan, Adriana Lafaille, Cody H. Wofsy, Henry R. Klementowicz, SangYeob

Kim, Spencer Elijah Wittmann Amdur, Grace Choi, Hannah Schoen Steinberg, Chelsea Eddy, Ashley Michelle Burrell, Ayomide Odunsi, Elizabeth Grace Caldwell, Morenike Fajana, Morgan Elle Humphrey, Noor Zafar, Stephen Kang, Alan Seewald, Jeffrey T. Dana, Adam N. Cederbaum, Jonathan Benjamin Miller, Henry C. Quillen, Richard J. Lehmann, Brenna Bird, Steve Marshall, Tim Griffin, John Matthew Guard, Raul R. Labrador, Theodore E. Rokita, Kris Kobach, Elizabeth B. Murrill, Lynn Fitch, Andrew Bailey, Austin Knudsen, Michael T. Hilgers, Drew H. Wrigley, Gentner F. Drummond, Alan Wilson, Marty Jackley, Derek Edwin Brown, Bridget Hill, Matt A. Crapo, Jonathan Hacker, Bethany Yue Ping Li, Susan McMahon, Jessica Levin, Melissa Lee, Robert Seungchul Chang, Indra Neel Chatterjee, Ari Cuenin, Judd E. Stone II, William J. Olson, Jeremiah Morgan, Owen Richard Wolfe, Lori Chen, Wendy Mengwen Feng, Aristides Hadjipanteli, DeAnna Allen, Nachiketa Baru, Erinma Man, Kristen Adrina Johnson, Tsion Gurmu, Brendan Colin Benedict, Douglas Edward Lieb, Jonathan Weinberg, Douglas Jensen, Richard B. Kendall, James J. Pastore Jr., Chester S. Dubov, Natalie Tsang, Stephanie De Marisco Thomas, Anna Marks Baldwin, Danielle Marie Lang, Brianne J. Gorod