No. 25-1348

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

NEW HAMPSHIRE INDONESIAN
COMMUNITY SUPPORT, et al.,

Plaintiffs - Appellees, v.

DONALD J. TRUMP, President of the United
States, in his official capacity, et al.,

Defendants - Appellants.

### MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE OF CAROLINE MEADE ON BEHALF OF PLAINTIFFS-APPELLEES

On Appeal from the United States District Court for the District of New Hampshire Civil Action No. 1:25-cv-00038-JL-TSM

>Gilles Bissonnette (Bar: 123868)
>SangYeob Kim (Bar: 1183553)
>Henry Klementowicz (No. 1179814)
>Chelsea Eddy (Bar: 1213964)
>Caroline Meade (Bar: 1199139)
>AMERICAN CIVIL LIBERTIES UNION OF
>   NEW HAMPSHIRE
>18 Low Avenue
>Concord, NH 03301
>603.451.1170
>gilles@aclu-nh.org
>sangyeob@aclu-nh.org
>henry@aclu-nh.org
>chelsea@aclu-nh.org
>caroline@aclu-nh.org
>
>*Counsel for Plaintiffs-Appellees*

### MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE OF CAROLINE MEADE ON BEHALF OF PLAINTIFFS-APPELLEES

1. Pursuant to Rule 12.0(a) of the Local Rules of the United States Court of Appeals for the First Circuit, Plaintiffs-Appellees New Hampshire Indonesian Community Support ("NHICS"), League of United Latin American Citizens ("LULAC"), and Make the Road New York ("MRNY") respectfully move this court to grant leave for Caroline Meade to enter her appearance as an additional attorney to represent Plaintiffs-Appellees.

2. Ms. Meade is a member in good standing of the bar of the United States Court of Appeals for the First Circuit, she is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Ms. Meade to appear before this Court.

WHEREFORE, Plaintiffs-Appellees respectfully request that this Honorable Court:

A. Grant this Motion for Leave to File Notice of Appearance of Caroline Meade on Behalf of Plaintiffs-Appellees; and

B. Grant such other and further relief as may be just and equitable.

Date: November 20, 2025

Respectfully submitted,

*/s/ Caroline Meade*
Gilles Bissonnette (Bar: 123868)
SangYeob Kim (Bar: 1183553)
Henry Klementowicz (No. 1179814)
Chelsea Eddy (Bar: 1213964)
Caroline Meade (Bar: 1199139)
American Civil Liberties Union of
 New Hampshire
18 Low Avenue
Concord, NH 03301
603.451.1170
gilles@aclu-nh.org
sangyeob@aclu-nh.org
henry@aclu-nh.org
chelsea@aclu-nh.org
caroline@aclu-nh.org

*Counsel for Plaintiffs-Appellees*