# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348     **Short Title:** New Hampshire Indonesian Community Support, et al v. Trump, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: New Hampshire Indonesian Community Support, League of United Latin American Citizens, Make the Road New York     as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Caroline Meade
Signature

11/19/2025
Date

Caroline Meade
Name

ACLU of New Hampshire
Firm Name (if applicable)

(603) 451-1170
Telephone Number

18 Low Avenue
Address

Fax Number

Concord, NH 03301
City, State, Zip Code

caroline@aclu-nh.org
Email (required)

Court of Appeals Bar Number: 1199139

Has this case or any related case previously been on appeal?

[✔] No     [ ] Yes     Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).